**WYNNE LAW FIRM**
EDWARD J. WYNNE (SBN 165819)
ewynne@wynnelawfirm.com
GEORGE R. NEMIROFF (SBN 262058)
gnemiroff@wynnelawfirm.com
80 E. Sir Francis Drake Blvd., Suite 3G
Wood Island Larkspur, CA 94939
Telephone: (415) 461-6400/Facsimile: (415) 461-3900

**SHAVITZ LAW GROUP, P.A.**
GREGG I. SHAVITZ (admitted *pro hac vice*)
gshavitz@shavitzlaw.com
CAMAR JONES (admitted *pro hac vice*)
cjones@shavitzlaw.com
ALAN L. QUILES (admitted *pro hac vice*)
aquailes@shavitzlaw.com
951 Yamato Road, Ste. 285
Boca Raton, FL 33431
Telephone (561) 447-8888/Facsimile (561) 447-8831

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE ADELMAN, ELIZABETH ANDERSON, ELLESSE ANDERSON, JEFFREY BELLOWS, SHERRI BRADLEY, AMANDA BREKKE, KATHERINE BUTLER, CHEYENNE CHITRY, CHRISTINA DENTON, JACQUELINE FOSTER, OMAR GARLAND, JORGE GONZALEZ, JAMES HANCOCK, DONNIE HYSO, ERIK LORACK, CASEY MCKAY, HANNAH ROTHSCHILD, JORDONE SHANE-SANCHEZ, KEVIN STEINBECK, CASSANDRA SWEENEY AND MICHAEL WHITER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STARBUCKS CORPORATION, <br><br> Defendants. | CASE NO. 3:20-cv-01178-JD <br><br> **CLASS ACTION** <br><br> **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS** <br><br><br> Complaint filed:    June 27, 2019 <br> Removal date:     February 14, 2020 <br> Trial date:           Not set |

**TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiffs, by and through their counsel of record WYNNE LAW FIRM and SHAVITZLAW GROUP, P.A., hereby associate in the following law firm as co-counsel of record in the above entitled matter:

DAVTYAN LAW FIRM, INC.
Emil Davtyan (SBN 299363)
support@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone: (818) 875-2008
Facsimile: (818) 722-3974

Dated: May 10, 2022                     WYNNE LAW FIRM

                                  By:   *s/Edward J. Wynne*
                                        Edward J. Wynne
                                        George R. Nemiroff
                                        Counsel for Plaintiffs


Dated: May 10, 2022                     SHAVITZ LAW GROUP, P.A.

                                  By:   *s/Gregg I. Shavitz*
                                        Gregg I. Shavitz
                                        Alan Quiles
                                        Counsel for Plaintiffs

ASSOCIATION ACCEPTED.

Dated: May 10, 2022                     DAVTYAN LAW FIRM, INC.

                                  By:   *s/Emil Davtyan*
                                        Emil Davtyan
                                        Counsel for Plaintiffs

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

**Attestation re Electronic Signatures**

I, Edward J. Wynne, attest pursuant to Northern District Local Rule 5-1(h)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 10, 2022               By:  */s/ Edward J. Wynne*
                                        Edward J. Wynne