**WYNNE LAW FIRM**
EDWARD J. WYNNE (SBN 165819)
ewynne@wynnelawfirm.com
GEORGE R. NEMIROFF (SBN 262058)
gnemiroff@wynnelawfirm.com
80 E. Sir Francis Drake Blvd., Suite 3G
Wood Island Larkspur, CA 94939
Telephone: (415) 461-6400/Facsimile: (415) 461-3900

**SHAVITZ LAW GROUP, P.A.**
GREGG I. SHAVITZ (admitted *pro hac vice*)
gshavitz@shavitzlaw.com
CAMAR JONES (admitted *pro hac vice*)
cjones@shavitzlaw.com
ALAN L. QUILES (admitted *pro hac vice*)
aquailes@shavitzlaw.com
951 Yamato Road, Ste. 285
Boca Raton, FL 33431
Telephone (561) 447-8888/Facsimile (561) 447-8831

[Additional counsel listed on following page]
Attorneys for Plaintiffs and the Putative Class

**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE ADELMAN, ELIZABETH ANDERSON, ELLESSE ANDERSON, JEFFREY BELLOWS, KATHERINE BUTLER, CHEYENNE CHITRY, CHRISTINA DENTON, JACQUELINE FOSTER, JORGE GONZALEZ, JAMES HANCOCK, DONNIE HYSO, ERIK LORACK, CASEY MCKAY, HANNAH ROTHSCHILD, CASSANDRA SWEENEY AND MICHAEL WHITER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>Defendants. | CASE NO. 3:20-cv-01178-JD<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF ADDITONAL COUNSEL, MARTA MANUS, ON BEHALF OF PLAINTIFFS**<br><br>Complaint filed: June 27, 2019<br>Removal date: February 14, 2020<br>Trial date: Not set |

**COHELAN KHOURY & SINGER**
MICHAEL D. SINGER (SBN 115301)
msinger@ckslaw.com
MARTA MANUS (SBN 260132)
mmanus@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

**DAVTYAN LAW FIRM, INC.**
EMIL DAVTYAN (SBN 299363)
support@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone: (818) 875-2008/Facsimile: (818) 722-3974

**TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the following attorney hereby enters a general appearance as attorney for Plaintiffs LUKE ADELMAN, ELIZABETH ANDERSON, ELLESSE ANDERSON, JEFFREY BELLOWS, KATHERINE BUTLER, CHEYENNE CHITRY, CHRISTINA DENTON, JACQUELINE FOSTER, JORGE GONZALEZ, JAMES HANCOCK, DONNIE HYSO, ERIK LORACK, CASEY MCKAY, HANNAH ROTHSCHILD, CASSANDRA SWEENEY, and MICHAEL WHITER:

**COHELAN KHOURY & SINGER**
MARTA MANUS (SBN 260132)
mmanus@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

Plaintiffs respectfully request that the following changes be made to the Court's electronic notification system:

**Add:**
Marta Manus, Esq.
mmanus@ckslaw.com

COHELAN KHOURY & SINGER

Dated: July 25, 2022          By  /s/ Marta Manus
                                    Marta Manus
                              Attorneys for Plaintiffs

**PROOF OF SERVICE**

*Anderson, et al. v. Starbucks Corporation*

U.S.D.C. Case No. 3:20-cv-01178-JD

I, Karla Sousa, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 C Street, Suite 200, San Diego, CA 92101. On July 25, 2022, I instituted service of the foregoing document(s) described as:

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL, MARTA MANUS, ON BEHALF OF PLAINTIFFS**

on the following parties:

| **Counsel for Defendant** | **Co-counsel for Plaintiffs** |
|---|---|
| Gregory W. Knopp, Esq.<br>Jonathan P. Slowik, Esq.<br>Laura L. Vaughn, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067<br>gknopp@akingump.com<br>jpslowik@akingump.com<br>vaughnl@akingump.com | Edward J. Wynne, Esq.<br>George R. Nemiroff, Esq.<br>WYNNE LAW FIRM<br>80 E. Sir Francis Drake Blvd., Suite 3G<br>Wood Island<br>Larkspur, CA 94939<br>ewynne@wynnelawfinn.com<br>gnemiroff@wynnelawfinn.com<br><br>Gregg I. Shavitz, Esq.<br>Alan Quiles, Esq.<br>SHAVITZ LAW GROUP, P.A.<br>1515 South Federal Highway, Suite 404<br>Boca Raton, FL 33432<br>gshavitz@shavitzlaw.com<br>aquiles@shavitzlaw.com |

in the following manner:

Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cand.uscourts.gov.; Service will be deemed effective as provided for by Civil Local Rule 5-1 of the District Court of California, Northern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed July 25, 2022, at San Diego, California.

*Karla Sousa*
Karla Sousa

PROOF OF SERVICE                                         CASE NO. 3:20-cv-01178-JD