**WYNNE LAW FIRM**
EDWARD J. WYNNE (SBN 165819)
ewynne@wynnelawfirm.com
GEORGE R. NEMIROFF (SBN 262058)
gnemiroff@wynnelawfirm.com
80 E. Sir Francis Drake Blvd., Suite 3G
Wood Island Larkspur, CA 94939
Telephone: (415) 461-6400/Facsimile: (415) 461-3900

**SHAVITZ LAW GROUP, P.A.**
GREGG I. SHAVITZ (admitted *pro hac vice*)
gshavitz@shavitzlaw.com
CAMAR JONES (admitted *pro hac vice*)
cjones@shavitzlaw.com
ALAN L. QUILES (admitted *pro hac vice*)
aquailes@shavitzlaw.com
951 Yamato Road, Ste. 285
Boca Raton, FL 33431
Telephone (561) 447-8888/Facsimile (561) 447-8831

[Additional counsel listed on following page]
Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE ADELMAN, ELIZABETH ANDERSON, ELLESSE ANDERSON, JEFFREY BELLOWS, KATHARINE BUTLER, CHEYENNE CHITRY, CHRISTINA DENTON, JACQUELINE FOSTER, JAMES HANCOCK, DONNIE HYSO, CASEY MCKAY, HANNAH ROTHSCHILD, CASSANDRA SWEENEY AND MICHAEL WHITER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STARBUCKS CORPORATION, <br><br> Defendants. | CASE NO. 3:20-cv-01178-JD <br><br> **CLASS ACTION** <br><br> **DECLARATION OF DWIGHT D. STEWARD, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date:   May 4, 2023 <br> Time:   10:00 a.m. <br> Judge:   Honorable James Donato <br> Ctrm:   11 (19th floor) <br><br> Complaint filed:   June 27, 2019 <br> Removal date:   February 14, 2020 <br> Trial date:   October 23, 2023 |

**COHELAN KHOURY & SINGER**
MICHAEL D. SINGER (SBN 115301)
msinger@ckslaw.com
MARTA MANUS (SBN 260132)
mmanus@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

**DAVTYAN LAW FIRM, INC.**
EMIL DAVTYAN (SBN 299363)
support@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone: (818) 875-2008/Facsimile: (818) 722-3974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Luke Adelman, Elizabeth Anderson, | \| | Case No. 3:20-cv-01178-JD |
| Ellesse Anderson, Jeffrey Bellows, | \| | |
| Katherine Butler, Cheyenne Chitry, | \| | |
| Christina Denton, Jacqueline Foster, | \| | |
| Jorge Gonzalez, James Hancock, | \| | |
| Donnie Hyso, Erik Lorack, Casey McKay, | \| | |
| Hannah Rothschild, Cassandra Sweeney | \| | |
| and Michael Whiter, individually and on | \| | |
| behalf of all others similarly situated, | \| | |
| Plaintiffs, | \| | |
| v. | \| | |
| Starbucks Corporation, | \| | |
| Defendant. | \| | |

**EXPERT REPORT**

**Dwight D. Steward, Ph.D.**
Economist

**December 23, 2022**

**Introduction**

1.       My name is Dwight Steward and I am an economist and statistician. I have been retained by the Plaintiff's counsel as an expert in this case.

2.       As an economist and statistician, I have provided consultation, expert reports, and expert witness testimony on economic and statistical issues in numerous matters involving California Labor Code wage and hour violations, FLSA violations, and employment issues for both Plaintiffs and Defendant.  I have testified at trial in California wage and hour issues in cases such as Otsuka et al. v. Polo Ralph Lauren Corporation (United States District Court, Northern District of California) and Johnson, et al., v. York Claims Service, Inc. (Superior Court of the State of California, Sacramento County).  I have provided trial and deposition testimony and numerous expert reports on wage and hour matters in cases in California and numerous other states across the U.S.

3.       Additionally, I have also served as part of a Special Master team in Federal Court in the State of California.  In Coleman et al. v. Newsom et al, United States District Court for the Eastern District of California, I was appointed as a labor economist by the Court to assist the Court's Special Master in the case.  As a labor economist for The Court's Special Master, I conducted a labor market availability and salary survey and performed economic analysis to help the Court study the labor market issues in the Coleman v. Newsom case.

4.       I have also authored, published and peer reviewed numerous professional articles that deal with the statistical and economic issues discussed in this declaration.  My peer reviewed employment related publications include, "Big Data Analytics in U.S. Courts, Uses, Challenges and Implications", Palgrave Publishing 2019, and "Economic Losses and Mitigation after an Employment Termination: Theory,

1

Applications, and Case Studies", Palgrave Macmillan 2022.  I am also a Board member and Vice President of the National Association of Forensic Economists (NAFE). As a Board member of NAFE, I have organized numerous labor economics research panels and presented peer-reviewed labor economic research on labor market economics topics and data at numerous major national economic conferences.

5.      In addition to serving as a consultant and expert witness, I have also held teaching positions in The Department of Economics and The Red McCombs School of Business at the University of Texas at Austin, and in The College of Business Administration at Sam Houston State University.  I have taught dozens of courses in labor market economics and statistics to advanced undergraduate and graduate students that cover the methodologies utilized in this report.  My full curriculum vitae is attached to this report.

6.      In this case I was asked by Plaintiffs' counsel to analyze the class-wide economic damages for the managers and employees involved in this matter. Specifically, I have been asked to calculate unpaid wages related to unreimbursed cell phone expenses, off the clock work, minimum wage violations, meal period premiums, sick pay, rest premiums, interrupted meal and rest breaks, and minimum wage violations.  I have also been asked to calculate wage statement penalties,  waiting time penalties, and PAGA penalties.  In addition, I also provided an analysis of the cell phone reimbursement data provided by the Defendant.   My methodology and specific calculations are described in the following sections of this report.   I respectfully reserve the right to make changes and to supplement this report.

2

**Data**

7.      To perform my analysis, I have reviewed documents and information provided by the Plaintiff including the first amended complaint, payroll records, cell phone reimbursement records, the pilot survey by Dr. Jeffrey Petersen, Ph.D., and deposition testimony.  The payroll and cell phone reimbursement records were provided in multiple Excel formatted spreadsheets.  The information and data files utilized in the analysis are listed in Exhibit A, which is attached to this report, and in the text of this report.

8.      The payroll data provided included earnings data for managers and employees.  I understand that the Defendant provided earnings data for a 10 percent sample of California Starbucks' managers and employees.  I was informed that the payroll data provided covered the time period from June 27, 2015 to class certification. The payroll data reviewed had data observations from the time period of Feb 23, 2015 through October 31, 2022.  Payroll data that is outside of the time period of this class were not included in the analyses.

9.      I understand the Starbucks' 'manager class' in this case includes individuals who were employed as 'Store Managers' and 'Assistant Store Managers'.  I understand that the class period for the Starbucks managers is from June 27, 2015 to class certification.  I understand the Starbucks 'employee class' includes non-exempt employees who were employed in job positions other than manager.  I have been informed that the class period for the employee class is from June 8, 2018 to class certification.  Information provided by the Defendant indicates there are 6,584 manager class members who worked 915,479 work weeks during the class period.  Defendant information indicated that there were 164,629 employee class members who worked

3

14,565,828 work weeks during the employee class period.

10. The payroll records for the employees contain earnings information that showed the itemized forms of compensation received by Starbucks class members in each pay period. The itemized forms of compensation included regular hours payments, overtime payments, bonus payments, and payments for meal and rest period premiums. The hours and amount of each type of compensation is included in the payroll records. The payroll records also include the job title of each employee. In the analysis, the manager class is defined as employees with the job titles of 'Store Manager' and 'Assistant Store Manager'. An employee class member is defined as an individual with the job titles of 'Barista', 'Shift Supervisor', 'Siren Retail Mixologist', or 'Siren Retail Barista'.

11. In addition to the payroll data, I was also provided cell phone reimbursement data for Starbucks' employees. It is my understanding that the cell phone reimbursement data provided shows the amounts that Starbucks reimbursed employees for the use of their personal cell phones for business purposes. The cell phone reimbursement data provided included reimbursement transactions from the time period of October 5, 2016 to April 30, 2022. The reimbursement transactions data includes information on the store in which the reimbursement was made, the amount of the reimbursement, and the date and time of the reimbursement transaction.

12. In addition, I was also provided the results of a pilot survey conducted by Dr. Jefferey Petersen. The survey conducted by Dr. Peterson provides information on the amount of off-the-clock work managers report performing on their cell phones and the frequency of interrupted meals and rest breaks. The following economic calculations are provided in this report. The calculations and methodology for

4

each calculation is shown in tables in the following sections of this report.


Executed on Dec 23, 2022


Dwight Steward

**Tables List**

**Table 1.**    Manager Class Unreimbursed Cell Phone Expenses

**Table 2.**    Manager Off-the-Clock Work involving Personal Cell Phone Use

**Table 3.**    Minimum Wage Damages for Manager Class

**Table 4.**    Off-the-Clock Work OT Hours for Manager Class

**Table 5a.**    Mispaid Meal Period Premiums, Manager Class

**Table 5b.**    Interrupted Meal Periods, Manager Class

**Table 5c.**    Mispaid Meal Period Premiums, Employee Class

**Table 6a.**    Mispaid Rest Break Premiums, Manager Class

**Table 6b.**    Interrupted Rest Breaks, Manager Class

**Table 6c.**    Mispaid Rest Break Premiums, Employee Class

**Table 7a.**    Wage Statement Violations, Manager Class

**Table 7b.**    Wage Statement Violations, Employee Class

**Table 8.**    Waiting Time Penalties - Manager Class

**Table 9a.**    Mispaid Sick Pay Premiums, Manager Class

**Table 9b.**    Mispaid Sick Pay Premiums, Employee Class

**Table 10.**    PAGA : For Manager Aggrieved Employees

**Table 11.**    Cell Phone Reimbursement Transactions

**Table 12.**    Monthly Average of Cell Phone Reimbursement per Store

**Table 1. Manager Class Unreimbursed Cell Phone Expenses**

| Calculation | Description | Source | Amount |
|:---:|:---|:---:|---:|
| (1) | Monthly cell phone expense | See note 1 | $76.00 |
| (2) | Percentage of cell phone time used for work | See note 2 | 22.32% |
| (3) | Work weeks | See note 3 | 915,479 |
| (4) | Work months | = (3)/(52/12) | 211,264 |
| (5) | Percentage of managers with unreimbursed phone expense claims | See note 4 | 86.00% |
| (6) | Unreimbursed cell phone expense | = (1)*(2)*(4)*(5) | $3,082,196 |
| (7) | Interest | See note 5 | $994,560.64 |
| (8) | **Total Damage** | = (6) + (7) | $4,076,757 |

**Methodology**

1. The damages are calculated utilizing the formulas in the document titled: Damages calculations formulas and dates w data from survey.12.21.22.docx

See Gurzenski v. Delta Air Lines, Inc., 2021 U.S. Dist. LEXIS 220257 at p.*10 for cell phone expense.

2. This column is calculated by dividing the estimated hours in a workweek by the total number of hours in a 7 day week. It is assumed that managers work a 7.5 hour shift, five days a week.

3. Work weeks per Defendant's October 12, 2022 and December 13, 2022 emails which state that SMs and ASMs worked 915,479 work weeks through October 7, 2022

4. Percentage of managers with unreimbursed cell phone expense obtained from November 29, 2022 expert report of Jeffrey Peterson, Ph.D

5. Interest is calculated at a rate of 7% for June 27, 2015 to June 27, 2016 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

6. Managers are employees with the titles Store Manager and/or Assistant Store Manager from June 27, 2015 to class certification

**Table 2. Manager Off-the-Clock Work involving Personal Cell Phone Use**

| Calculation | Description | Source | Amount |
|---|---|---|---|
| (1) | Weekly Off-the-Clock Work Hours | See note 1 | 3.50 |
| (2) | Average Hourly Base Rate | See note 2 | $28.60 |
| (3) | Work weeks | See note 3 | 915,479 |
| (4) | Percentage of managers with off-the-clock work | See note 1 | 98.00% |
| (5) | Unpaid Off-the-Clock Hours | = (1)*(2)*(3)*(4) | $89,806,659 |
| (6) | Interest | See note 4 | $28,978,739 |
| (7) | **Total Damage** | = (6) + (7) | $118,785,398 |

**Methodology**

1. Source: November 29, 2022 expert report of Jeffrey Peterson, Ph.D

2. Managers are employees with the titles Store Manager and/or Assistant Store Manager employed from June 27, 2015 to class certification. The base hourly base rate is calculated by dividing the manager's regular earnings by the amount of regular hours. The average hourly base rate is the average hours base rate of the managers in the payroll data.

3. Work weeks are obtained from Defendant's October 12, 2022 and December 13, 2022 emails which state that SMs and ASMs worked 915,479 work weeks through October 7, 2022

4. Interest is calculated at a rate of 7% for June 27, 2015 to June 27, 2016 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

5. Performing the above calculation using the individual payroll period data results in damage figures that are qualitatively similar but slightly higher than presented in this table.

**Table 3. Minimum Wage Damages for Manager Class**

| Calculation | Description | Source | Amount |
|---|---|---|---|
| (1) | Weekly Off-the-Clock Work Hours | See note 1 | $3.50 |
| (2) | Average minimum wage, 2015 to 2022 | See note 2 | $11.64 |
| (3) | Work weeks | See note 3 | 915,479 |
| (4) | Percentage of managers with off-the-clock work | See note 1 | 98.00% |
| (5) | Unpaid Off-the-Clock Hours | = (1)*(2)*(3)*(4) | $73,101,364 |
| (6) | Interest | See note 4 | $23,588,288 |
| (7) | **Total Damage** | = (6) + (7) | $96,689,653 |

**Methodology**

1. Source: November 29, 2022 expert report of Jeffrey Peterson, Ph.D

2. https://www.laborlawcenter.com/state-minimum-wage-rates
https://www.dir.ca.gov/iwc/minimumwagehistory.htm
https://www.dir.ca.gov/dlse/faq_minimumwage.htm

3. Work weeks per Defendant's October 12, 2022 and December 13, 2022 emails which state that SMs and ASMs worked 915,479 work weeks through October 7, 2022

4. Interest is calculated at a rate of 7% for June 27, 2015 to June 27, 2016 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

5. Managers are employees with the titles Store Manager and/or Assistant Store Manager from June 27, 2015 to class certification

6. Performing the above calculation on a year by year basis data results in damage figures that are qualitatively similar but slightly higher than presented in this table.

9

**Table 4. Off-the-Clock Work OT Hours for Manager Class**

| Calculation | Description | Source | Amount |
|---|---|---|---|
| (1) | Weekly Off-the-Clock Work Hours | See note 1 | 3.50 |
| (2) | Average Manager Hourly OT Rate | See note 2 | $28.80 |
| (3) | OT Rate | See note 7 | 1.5 |
| (4) | Percentage of managers with off-the-clock work | See note 1 | 0.98 |
| (5) | Work weeks | See note 3 | 915,479 |
| (6) | Percentage of work weeks with OT (Hours > 80) | See note 6 | 30.60% |
| (7) | Unpaid OT Hours | = (1)*(2)*(3)*(4)*(5)*(6) | $41,509,517 |
| (8) | Interest | See note 4 | $13,394,257 |
| (9) | **Total Damage** | = (7) + (8) | $54,903,774 |

**Methodology**

1. Source: November 29, 2022 expert report of Jeffrey Peterson, Ph.D

2. Managers are employees with the titles Store Manager and/or Assistant Store Manager employed from June 27, 2015 to class certification. The hourly OT rate is calculated by dividing the manager's regular OT earnings by the amount of regular OT hours. The average hourly OT rate is the average OT rate of the managers in the payroll data.

3. Work weeks per Defendant's October 12, 2022 and December 13, 2022 emails which state that SMs and ASMs worked 915,479 work weeks through October 7, 2022

4. Interest is calculated at a rate of 7% for June 27, 2015 to June 27, 2016 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

5. Managers are employees with the titles Store Manager and/or Assistant Store Manager from June 27, 2015 to class certification. The percentage of manager OT work weeks is calculated by taking the percentage of pay periods where the managers worked more than 80 hours.

6. Source: Manager payroll records

7. Source:Damages calculations formulas and dates w data from survey.12.21.22.docx

8. Performing the above calculation using the individual payroll period data results in damage figures that are qualitatively similar but slightly higher than presented in this table.

10

**Table 5a. Mispaid Meal Period Premiums, Manager Class**

| Year | Number | Amount | Interest | Total |
|---|---|---|---|---|
| 2015 | 17 | $3.40 | $1.72 | $5.12 |
| 2016 | 268 | $29.37 | $16.56 | $45.93 |
| 2017 | 195 | $9.86 | $5.50 | $15.36 |
| 2018 | 269 | $17.65 | $7.35 | $25.00 |
| 2019 | 1,103 | $155.49 | $50.34 | $205.83 |
| 2020 | 1,375 | $528.05 | $141.59 | $669.64 |
| 2021 | 470 | $40.01 | $7.04 | $47.05 |
| 2022 | 0 | $0.00 | $0.00 | $0.00 |

**Methodology**

1. A mispaid meal premium is one where the meal period premium was paid at lower rate than the applicable OT regular rate

2. The difference between the OT regular rate and the rate that the meal period was paid at is the amount of the meal mispayment

3. Interest is calculated at a rate of 7% for June 27, 2015 to June 27, 2016 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

4. Managers are employees with the titles Store Manager and/or Assistant Store Manager from June 27, 2015 to class certification

11

**Table 5b. Interrupted Meal Periods, Manager Class**

| Calculation | Description | Source | Amount |
|---|---|---|---|
| (1) | Average Manager Regular Rate | See note 1 | $28.80 |
| (2) | Work weeks | See note 2 | 915,479 |
| (3) | Percentage reporting interrupted meal period | See note 3 | 15.00% |
| (4) | Shifts per week | See note 5 | 5.00 |
| (5) | Interrupted Meal Damage | = (1)*(2)*(3)*(4) | $19,774,346 |
| (6) | Interest | See note 4 | $6,380,770 |
| (7) | **Total Damage** | | $26,155,116 |

**Methodology**

1. Managers are employees with the titles Store Manager and/or Assistant Store Manager employed from June 27, 2015 to class certification. The hourly regular rate is calculated by dividing the manager's regular OT earnings by the amount of regular OT hours. The average regular rate is the average regular rate of the managers in the payroll data.
2. Work weeks per Defendant's October 12, 2022 and December 13, 2022 emails which state that SMs and ASMs worked 915,479 work weeks through October 7, 2022

3. Percentage of managers with unreimbursed cell phone expense obtained from November 29, 2022 expert report of Jeffery Peterson, Ph.D

4. Interest is calculated at a rate of 7% for June 27, 2015 to June 27, 2016 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

5. Source: Damages calculations formulas and dates w data from survey.12.21.22.docx

12

**Table 5c. Mispaid Meal Period Premiums, Employee Class**

| Year | Number | Amount | Interest | Total |
|------|--------|--------|----------|-------|
| 2018 | 875 | $97.09 | $28.07 | $125.16 |
| 2019 | 2,706 | $238.48 | $73.92 | $312.40 |
| 2020 | 2,525 | $240.09 | $57.10 | $297.19 |
| 2021 | 372 | $60.59 | $9.00 | $69.59 |
| 2022 | 0 | $0.00 | $0.00 | $0.00 |

**Methodology**

1. A mispaid meal premium is one where the meal period premium was paid at lower rate than the applicable OT regular rate

2. The difference between the OT regular rate and the rate that the meal period was paid at is the amount of the meal mispayment

3. Interest is calculated at a rate of 7% for June 8, 2018 to June 8, 2019 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).
4. Employees with the titles 'Barista', 'Shift Supervisor', 'Siren Retail Mixologist' , 'Siren Retail Barista' from June 8, 2018 to class certification

13

**Table 6a. Mispaid Rest Break Premiums, Manager Class**

| Year | Number | Amount | Interest | Total |
|---|---|---|---|---|
| 2015 | 0 | $0.00 | $0.00 | $0.00 |
| 2016 | 0 | $0.00 | $0.00 | $0.00 |
| 2017 | 0 | $0.00 | $0.00 | $0.00 |
| 2018 | 0 | $0.00 | $0.00 | $0.00 |
| 2019 | 0 | $0.00 | $0.00 | $0.00 |
| 2020 | 4 | $65.05 | $15.72 | $80.77 |
| 2021 | 0 | $0.00 | $0.00 | $0.00 |
| 2022 | 0 | $0.00 | $0.00 | $0.00 |

**Methodology**

1. A mispaid rest break premium is one where the rest break premium was paid at a lower rate than the applicable OT regular rate

2. The difference between the OT regular rate and the rate that the rest break premium was paid at is the amount of the rest break mispayment

3. Interest is calculated at a rate of 7% for June 27, 2015 to June 27, 2016 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

4. Managers are employees with the titles Store Manager and/or Assistant Store Manager from June 27, 2015 to class certification

14

**Table 6b. Interrupted Rest Breaks, Manager Class**

| Calculation | Description | Source | Amount |
|---|---|---|---|
| (1) | Average Manager Regular Rate | See note 4 | $28.80 |
| (2) | Work weeks | See note 2 | 915,479 |
| (3) | Percentage with interrupted rest break | See note 1 | 22.00% |
| (4) | Shifts per week | See note 5 | 5.00 |
| (5) | Interrupted Rest Break Damage | = (1)*(2)*(3)*(4) | $29,002,375 |
| (6) | Interest | See note 3 | $9,358,463 |
| (7) | **Total Damage** | | $38,360,837 |

**Methodology**

1. Source: November 29, 2022 expert report of Jeffrey Peterson, Ph.D

2. Work weeks per Defendant's October 12, 2022 and December 13, 2022 emails which state that SMs and ASMs worked 915,479 work weeks through October 7, 2022

3. Interest is calculated at a rate of 7% for June 27, 2015 to June 27, 2016 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

4. Managers are employees with the titles Store Manager and/or Assistant Store Manager employed from June 27, 2015 to class certification. The hourly regular rate is calculated by dividing the manager's regular OT earnings by the amount of regular OT hours. The average regular rate is the average regular rate of the managers in the payroll data.

5. Source: Damages calculations formulas and dates w data from survey.12.21.22.docx

15

**Table 6c. Mispaid Rest Break Premiums, Employee Class**

| Year | Number | Amount | Interest | Total |
|------|--------|--------|----------|-------|
| 2018 | 0 | $0.00 | $0.00 | $0.00 |
| 2019 | 7 | $58.15 | $16.85 | $75.00 |
| 2020 | 3 | $25.67 | $6.82 | $32.49 |
| 2021 | 0 | $0.00 | $0.00 | $0.00 |
| 2022 | 0 | $0.00 | $0.00 | $0.00 |

**Methodology**

1. A mispaid rest break premium is one where the rest break premium was paid at a lower rate than the applicable OT regular rate

2. The difference between the OT regular rate and the rate that the rest break premium was paid at is the amount of the rest break mispayment

3. Interest is calculated at a rate of 7% for June 8, 2018 to June 8, 2019 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

4. Employees with the titles 'Barista', 'Shift Supervisor', 'Siren Retail Mixologist' , 'Siren Retail Barista' from June 8, 2018 to class certification

**Table 7a. Wage Statement Violations, Manager Class**

| Year | Number | Penalty | Amount for 10% Sample | Extrapolation Factor | Amount |
|------|--------|---------|----------------------|----------------------|--------|
| (1) | (2) | (3) | (4) = (2) * (3) | (5) | (6) = (4 ) / (5) |
| 2018 | 5,887 | $50.00 | $294,350 | 0.1576 | $1,867,593 |
| 2019 | 12,506 | $50.00 | $625,300 | 0.1576 | $3,967,406 |
| 2020 | 13,045 | $50.00 | $652,250 | 0.1576 | $4,138,398 |
| 2021 | 11,831 | $50.00 | $591,550 | 0.1576 | $3,753,268 |
| 2022 | 10,555 | $50.00 | $527,750 | 0.1576 | $3,348,470 |

**Methodology**

1. Managers are employees with the titles Store Manager and/or Assistant Store Manager from June 27, 2015 to class certification

2. The number of wage statement violations shown in column (2) are the pay periods where a mispaid meal premium, mispaid rest premium, mispaid sick pay, off-the-clock work, or minimum wage violation occurred.

3. The analysis includes data from June 27, 2018 to October 30, 2022.

4. The extrapolation factor in column (5) is calculated by dividing the number of work weeks in the 10% sample provided by the Defendant by the number of total work weeks provided by the Defendant.

5. Wage statement penalty source: Damages calculations formulas and dates w data from survey.12.21.22.docx

17

**Table 7b. Wage Statement Violations, Employee Class**

| Year | Number | Penalty | Amount for 10% Sample | Extrapolation Factor | Amount |
|------|--------|---------|-----------------------|----------------------|--------|
| (1) | (2) | (3) | (4) = (2) * (3) | (5) | (6) = (4 ) / (5) |
| 2018 | 0 | $50.00 | $0 | 0.0808 | $0 |
| 2019 | 0 | $50.00 | $0 | 0.0808 | $0 |
| 2020 | 0 | $50.00 | $0 | 0.0808 | $0 |
| 2021 | 160 | $50.00 | $8,000 | 0.0808 | $99,058 |
| 2022 | 0 | $50.00 | $0 | 0.0808 | $0 |

**Methodology**

1. Employees with the titles 'Barista', 'Shift Supervisor', 'Siren Retail Mixologist' , 'Siren Retail Barista' from June 8, 2018 to class certification
2. The number of wage statement violations shown in column (2) are the pay periods where a mispaid meal premium, mispaid rest premium, and mispaid sick occurred.

3. The analysis includes data from June 8, 2021 to August 12, 2021

4. The extrapolation factor in column (5) is calculated by dividing the number of work weeks in the 10% sample provided by the Defendant by the number of total work weeks provided by the Defendant.

5. Wage statement penalty source: Damages calculations formulas and dates w data from survey.12.21.22.docx

18

**Table 8. Waiting Time Penalties - Manager class**

| Calculation | Description | Source | Amount |
|:---:|:---|:---:|---:|
| (1) | **Average Manager Regular Rate** | See note 1 | $28.80 |
| (2) | **Average Daily Hours** | See note 4 | 7.50 |
| (3) | **Number of former managers from June 27, 2016 to present** | See note 5 | 479 |
| (4) | **Work weeks in Sample Provided by Defendant** | See note 7 | 144,298.00 |
| (5) | **Work weeks** | See note 2 | 915,479 |
| (6) | **Number of waiting time penalty days** | See note 3 | 30 |
| (7) | **Percentage of manager work weeks in total Manager Class** | See note 6 | 15.76% |
| (8) | **Total Waiting Time Penalties** | = ((1)*(2)*(3)*(6))/(7) | $19,694,924 |

**Methodology**

1. Managers are employees with the titles Store Manager and/or Assistant Store Manager employed from June 27, 2015 to class certification. The hourly regular rate is calculated by dividing the manager's regular OT earnings by the amount of regular OT hours. The average regular rate is the average regular rate of the managers in the payroll data.

2. Work weeks per Defendant's October 12, 2022 and December 13, 2022 emails which state that SMs and ASMs worked 915,479 work weeks through October 7, 2022

3. Source: Damages calculations formulas and dates w data from survey.12.21.22.docx
4. The average daily hours is the overall average hours for all managers in the manager class assuming a five shift work week. Source: Manager payroll data

5. It is assumed that managers with last pay period dates prior to may 31, 2022 are former managers. Source: Manager payroll records

6. The total work weeks in the sample divided by total work weeks in the class period

7. Source: Manager payroll records

19

**Table 9a. Mispaid Sick Pay Premiums, Manager Class**

| Year | Number | Amount | Interest | Total |
|------|--------|--------|----------|-------|
| 2018 | 505 | $63.39 | $17.20 | $80.59 |
| 2019 | 503 | $119.72 | $38.38 | $158.10 |

**Methodology**

1. A mispaid sick pay premium is one where the sick pay premium was paid at a lower rate than the applicable OT regular rate

2. The difference between the OT regular rate and the rate that the sick pay premium was paid at is the amount of the sick pay mispayment

3. Managers are employees with the titles Store Manager and/or Assistant Store Manager from June 27, 2015 to class certification

4. Interest is calculated at a rate of 7% for June 8, 2018 to June 8, 2019 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

20

**Table 9b. Mispaid Sick Pay Premiums, Employee Class**

| Year | Number | Amount | Interest | Total |
|------|--------|--------|----------|-------|
| 2018 | 894 | $98.19 | $28.50 | $126.69 |
| 2019 | 1,090 | $82.37 | $25.60 | $107.97 |

**Methodology**

1. A mispaid sick pay premium is one where the sick pay premium was paid at a lower rate than the applicable OT regular rate

2. The difference between the OT regular rate and the rate that the sick pay premium was paid at is the amount of the sick pay mispayment
3. Employees with the titles 'Barista', 'Shift Supervisor', 'Siren Retail Mixologist' , 'Siren Retail Barista' from June 8, 2018 to class certification

4. Interest is calculated at a rate of 7% for June 8, 2018 to June 8, 2019 and then 10% per annum thereafter, source: Naranjo v. Spectrum Sec. Servs., Inc., 13 Cal. 5th 93, 121-122 (2022).

21

**Table 10. PAGA : For Manager Aggrieved Employees**

| Claim | Number of Pay Periods | Penalty Amount | Percentage of Class Members with Unfulfilled Claim | Total |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) = (2) * (3) * (4) |
| 2802 Claim | 132,010 | $100.00 | 86.00% | $11,352,860 |
| OTC | 264,020 | $100.00 | 98.00% | $25,873,960 |
| Min Wage | 264,020 | $100.00 | 98.00% | $25,873,960 |
| Overtime | 264,020 | $100.00 | 98.00% | $25,873,960 |
| Meal | 264,020 | $100.00 | 15.00% | $3,960,300 |
| Rest | 264,020 | $100.00 | 22.00% | $5,808,440 |
| Wage Statement | 264,020 | $100.00 | 98.00% | $25,873,960 |
| Waiting Time Penalties | 313,792 | $100.00 | 100.00% | $31,379,200 |

**Methodology**

1. Managers are employees with the titles Store Manager and/or Assistant Store Manager from June 27, 2015 to class certification

2. The number of pay periods shown in column (2) for 2802 Claim, OTC, Min Wage, Overtime , Meal, Rest, and Wage Statement are from the document titled: 'Damages calculations formulas and dates w data from survey.12.21.22.docx'. The number of pay periods for wait time penalties claim are calculated using the extrapolated pay periods of the former managers in the class. It is assumed that managers with last pay period dates prior to May 31, 2022 are former managers. Source: Manager payroll records

3. The Amount and the Percentage of Class Members with Unfulfilled Claim are from the 'Damages calculations formulas and dates w data from survey.12.21.22.docx' and the Petersen Pilot Survey

22

**Table 11. Cell Phone Reimbursement Transactions**

|  | Number | Percentage of Starbucks Stores |
|---|---|---|
| Stores with one or more phone reimbursements transactions during entire class period | 727 | 36.22% |
| Stores with more than one cell phone reimbursement during entire class period | 258 | 12.86% |
| Stores with 10 or more cell phone reimbursement during entire class time period | 26 | 1.30% |

**Methodology**

1. There was an average of 2,007 Starbucks operating in each year since June 27, 2015. Source: October 12, 2022 email from Jonathan Slowik

2. Starbucks cell phone reimbursement transactions are obtained from the file ANDERSON_1.Transactions by Store Number.xlsx

3. Starbucks cell phone reimbursement transactions obtained from the file ANDERSON_1.Transactions by Store Number.xlsx contained transactions from the time period of October 5, 2016 to April 30, 2022.

23

**Table 12. Monthly Average of Cell Phone Reimbursement per Store**

| | |
|---|---|
| Stores with cell phone reimbursement transactions | 727 |
| Total Amount of Cell Phone Reimbursements | $48,899 |
| Total Months in Cell Phone Reimbursement Transactions Data | 66.8 |
| Average Cell Phone Reimbursement Per Store Per Month | $1.01 |

**Methodology**

1. Starbucks cell phone reimbursement transactions are obtained from the file ANDERSON_1.Transactions by Store Number.xlsx

2. Starbucks cell phone reimbursement transactions in the file ANDERSON_1.Transactions by Store Number.xlsx contained transactions from the time period of October 5, 2016 to April 30, 2022.

24

**Exhibit A: Case-related Documents**

**No.   Description**

1.   2022-08-11 (Anderson) Starbucks Response to Luke Adelman's ROGS, Set 1.pdf

2.   5369883-1_with_exhibits_LinkPDF.pdf

3.   Damages calculations formulas and dates w data from survey.12.21.22.docx

4.   Doc 70.Third Amended Complaint.pdf

5.   Pay Code Chart.docx

6.   Petersen Pilot Survey Report -- Starbucks.12.15.22.docx

7.   Starbucks Workweek Mail.pdf

8.   1561-1583_Personal Mobile Ph Use Logs.pdf

9.   456-466.Personal Mobile Device Use Log& Reimbursement.pdf

10.   ANDERSON_1.Transactions by Store Number.xlsx

11.   POS re Set 4 (Stores 5414 & 11470) (Star Harisis 000874-001420).pdf

12.   STARBUCKS_ANDERSON_001080_CONFIDENTIAL_062015to102022.csv

13.   STARBUCKS_ANDERSON_001081_CONFIDENTIAL_2018.csv

14.   STARBUCKS_ANDERSON_001082_CONFIDENTIAL_2019.csv

15.   STARBUCKS_ANDERSON_001083_CONFIDENTIAL_2020.csv

16.   STARBUCKS_ANDERSON_001084_CONFIDENTIAL_2021.csv

17.   STARBUCKS_ANDERSON_001085_CONFIDENTIAL_2022.csv



# Curriculum Vita
# Dwight Steward, Ph.D.



Dr. Steward is an economist and principal of EmployStats. EmployStats is a boutique economic consulting firm that provides economic research and expert witness services to legal, government, and business communities nationwide. EmployStats specializes in large data analysis projects involving wage and hour and employment class action lawsuits, injury and death litigation, consumer mass torts, and commercial lawsuits. EmployStats has been successfully in business since 1997 and has offices in Austin, Texas and San Mateo, California

Dr. Steward has provided consultation, expert reports and testimony in hundreds of cases nationwide.  He has provided testimony on issues involving mitigation and economic damages in employment lawsuits, wage and hour and FLSA liability and damages, statistical analysis of discrimination, and economic damages of individuals and businesses.

Dr. Steward is an active community member and serves in a number of leadership positions. He is currently on the Board of Directors of The Boys and Girls Club of Austin and serves as the Midwest Vice President of the National Association of  Forensic Economics.  He is also a member of the Texas A&M University Statewide Police Racial Profiling Task Force and an former President of the University of Texas at Austin Army ROTC Alumni Association.

Dr. Steward is the author of three professional economics textbooks and was previously a Senior Lecturer in the Economics department at The University of Texas at Austin and was a Visiting Assistant Professor in the Finance Department in the College of Business at Sam Houston State University in Huntsville, Texas.  He served stateside in the U.S. Army as an Field Artillery Officer during Operation Desert Storm and in the U.S. Army Reserves.  He obtained the rank of 1st Lt. and received an honorable discharge following the completion of his service.

Dr. Steward holds a Ph.D. in Economics from the University of Iowa, and a B.A. in Economics from the University of Texas at Austin.  He completed his K-12 schooling in San Antonio, Texas.

# Presentations and Public Speaking Engagements

### (Updated November 16, 2021)

15th Annual ABA Section of Labor and Employment Law Conference, "Wage and Hour Fundamentals", Virtual Conference, November 10, 2021.

Western Economic Association International 96th Annual Conference, "NAFE Session: Mitigation in Employment Cases", Virtual Conference, June 27, 2021.

National Employment Lawyers Association's (NELA's) 2020 Virtual Convention, "When To Use Experts In Employment Cases", Online (Virtual Panel), July 10, 2020.

Practicing Law Institute (PLI) Wage & Hour Litigation and Compliance 2020, "Calculating Time Worked and Damages in Wage & Hour Cases", New York, New York, January 28, 2020

Western Economic Association International 94th Annual Conference, "NAFE Session 1: Statistical, Survey, And Data Issues In Wage And Hour Cases", San Francisco, California, June 29, 2019

Professional Liability Underwriting Society (PLUS) Hartford Chapter EPLI Seminar, "#MeToo, Pay Equity and 'What's Behind Door #3' - Taking the Mystery and Misery Out of Damages in Employment Matters", June 6, 2019

National Employment Lawyers Association Spring Seminar, Epic Advocacy: Protecting Wages In Litigation & Arbitration, "Calculating Damages: Views From An Expert, An FRE 1006 Summary Witness, And Lawyers", Denver, Colorado, April 13, 2019

University of Baltimore Big Data CLE Seminar, "Data Analytics in Complex Litigation", Baltimore, Maryland, April 5, 2019



American Economics Association Annual Meeting, "Stationarity Tests and Margin of Error in Forensic Economics", Atlanta, Georgia, January 4, 2019

Economics/Liberal Arts Career Forum at The University of Texas, Austin, Texas, November 2, 2018

Employment Law CLE Seminar, "Surveys in Class Action Wage and Hour Cases", San Francisco, California, October 3, 2018

Employment Law CLE Seminar, "California Fair Pay Act", San Francisco, California, October 16, 2017

Eastern Economics Association Conference, "Risk Shifting by Employee Terminations and Layoffs", Discussant, New York City February 2017

American Economics Association Annual Meeting, "Pitfalls of Forensic Economic Analysis: Employment", San Francisco, California, January 3, 2016

Eastern Economics Association Conference, "Extending the Econometric Model of Worklife Expectancy", New York, New York, February 27, 2015

Employment Law CLE, "What is wrong with this paycheck? Investigating allegations of FSLA and wage and hour violations using payroll, time and personnel records", San Francisco, California, March 6, 2014

Employment Law CLE, "What is wrong with this paycheck? Investigating allegations of FSLA and wage and hour violations using payroll, time and personnel records", Oakland, California, March 5, 2014

Employment Law CLE, "What is wrong with this paycheck? Investigating allegations of FSLA and wage and hour violations using payroll, time and personnel records", Century City, California, January 30, 2014



Fulbright & Jaworski LLP, "Use of Economic Experts in Employment Litigation", Houston, Texas, April 18, 2013

Southern Economic Association Conference, "Economic Damage Valuations in South Africa", New Orleans, Louisiana, November 17, 2012

Houston Bar Association, Employment Section "Back Pay and Front Pay Calculations in Employment Termination", Houston, Texas, March 12, 2012

Allied Social Science Association Conference, Forensic Economics II "Household Services Production in Mexico", Chicago, Illinois, January 7, 2012

Texas Labor & Employee Relations Consortium hosted by CenterPoint Energy, "Employee Labor Unions and EEO Compliance", Houston, Texas, June 9, 2011

Allied Social Science Association Conference, "Using Economic, Statistical and Time Clock Evidence in Wage and Hour and Employment Lawsuits", Chicago, Illinois, April 2011

Employment Law CLE, "Using Economic, Statistical and Time Clock Evidence in Wage and Hour and Employment Lawsuits", San Francisco, California, March 4, 2011

Southern Economic Association Conference, "Calculating Economic Damages for Previously Incarcerated Individuals", Atlanta, Georgia, November 21, 2010

Employment Law CLE, "Using Economic, Statistical and Time Clock Evidence in Wage and Hour and Employment Lawsuits", Houston, Texas, October 21, 2010

Dallas Bar Association's Friday Clinic, "Valuing Economic Damages in Injury, Wrongful Death and Employment Cases", Dallas, Texas, September 10, 2010



American Association of Justice Annual Convention, "Evaluating Damages for the Incarcerated", Vancouver, Canada, July 2010

Academy of Economics and Finance, 37th Annual Meetings, "Valuing Employee Stock Options in a Breach of Contract Case", Houston, Texas, February 2010

American Economic Association Meetings, "Valuing Employee Stock Options in a Breach of Contract Case", Atlanta, Georgia, January 2010

Capital Area Paralegal Association CLE, "Valuing Economic Damages in Injury, Wrongful Death and Employment Cases", Austin, Texas, October 28, 2009

UT CLE, The 15th Annual Labor and Employment Law Conference, Austin, Texas, May 29 - 30, 2008

NAACP 71st Texas Annual meeting, "Police Use of Force and Racial Profiling Panel Discussion", McAllen, Texas, October 12, 2007

Western Economic Association International, Chairperson of Employment Discrimination and Wage and Hour Analysis Sessions, Seattle, Washington, June 29 – July 1, 2007

UT School of Law 14th Annual Employment Law CLE, Presented with Stephanie Botello, "Calculating, Proving, and Mitigating Damages Involving Re-employment", Austin, Texas, May 17, 2007

Iowa Economic Alumni Workshop, Tippie College of Business, "How Long do Mexican Migrants Work in the U.S.?", Iowa City, Iowa, April 21, 2007

Trialsmith CLE webinar series, "Calculating Economic Damages in Injury and Death Cases", February 8, 2007



American Economic Association Annual Meeting, Session Chairperson, "Economic Issues in Estimating Damages in Commercial and Personal Injury Cases", Chicago, Illinois, January 6, 2007

MADD National Diversity Forum II, speaker for "Profiling to Behavior" a moderated panel discussion, Dallas, Texas, May 16 – 18, 2006

Academy of Economics and Finance Meeting, "Valuing Employee Stock Option Grants in Litigation", Houston, Texas, February 10, 2006

American Economic Association Annual Meeting, "Estimating the Work Life Expectancy of Undocumented Mexican Migrant Workers", Boston, Massachusetts, January 2006

DRI 2005 Annual Meeting, speaker for employment law "Lies, Damn Lies, and Employment Statistics", Chicago, Illinois, October 21, 2005

Labor and Employment Roundtable, sponsored by Texas Lawyer, August 31, 2005

Austin Business District Roundtable, 'Economic Roundtable on the Future of the Austin and Texas Economy", July, 2005

Iowa Alumni Workshop, Department of Economics, Tippie College of Business: "Economics and Economists in the U.S. Legal System: A View from the Trenches", University of Iowa, April, 2005

Police Executive Research Forum: "Data Analysis Guidelines for Poststop Analyses", Las Vegas and Kansas City; 2004

Texas State Capitol Media Press Conference – Study Release, "An Examination of Consent Searches and Contraband Hit Rates at Texas Traffic Stops", Austin, Texas, 2005

employstats
ECONOMICS + STATISTICS

Police Executive Research Forum, Racial Profiling Meeting: Denominator Conference, "Use of Census Data to Measure Racial Disparities in Traffic Stops", Las Vegas, Nevada, 2004

Austin City Council Meeting, West University Area Rezoning, "Rezoning Austin's West Campus, A Unique Opportunity for Smart Growth", Austin, Texas, 2004

African-American Economic Legislative Forum, Hosted by Representative Senfronia Thompson, Roundtable Speaker, Texas State Capitol, Austin, Texas, 2004

North Texas Police Racial Profiling Conference, The University of Texas at Arlington, Center for Mexican American Studies, "The 2002 Racial Profiling Data Revisited: A Look to the Future", Arlington, Texas 2004

NAACP and LULAC Police - Community Town Hall Meeting, "A Look at Police Racial

Profiling Statistics in Fort Worth, Fort Worth, Texas, 2004

NAACP and LULAC Police - Community Town Hall Meeting, "A Look at Police Racial Profiling Statistics in Beaumont, Beaumont, Texas, 2004

NAACP and LULAC Police - Community Town Hall Meeting, "A Look at Police Racial Profiling Statistics in Houston, Houston, Texas, 2004

Texas State Capitol, Senator Royce West Legislative Roundtable of Police Racial Profiling Data Collection and SB 1074, Roundtable Speaker, Austin, Texas, 2004

Police - Community Relation Forum, "A Preliminary Look at Racial Profiling in Texas and the Huntsville Area", Huntsville, Texas, 2003

Economic Issues in the African-American Forum, "The Roots of African-American Economic Progress", Radio Program, KAZI, Austin, Texas 2003



Texas State Bar Advanced Employment Law CLE Seminar, "Lies, Damn Lies, and Statistics", Houston, Texas, 2003

Haynes and Boone, LLP, "Use and [Misuse] of Economics in Economic Damage Calculations", Austin, Texas, 2002

Texas Police Chief Forum on Racial Profiling, "Using Search Data and Stop Data to Measure Racial Profiling", University of Texas at Austin, Austin, Texas, 2002

Texas State Capitol Press Conference - Study Release, "Selecting Racially Balanced Texas Juries", Austin, Texas, 2003

Texas State Capitol, Press Conference-Study Release, "Cost savings and Efficiency in the Texas State Criminal Justice System", Austin, Texas, 2003

PowerCenter, "Drug treatment programs and Cost Savings in Texas", Houston, Texas, 2003

Texas State Senate Chambers, "Statistical Analysis of Police Racial Profiling Data", Austin, Texas 2001

This Week with Senator West, Television show, Roundtable Discussion, Topic: "Detecting Racial Profiling", Austin, Texas 2001

Texas State Capitol, Media Press Conference, "Release of NAACP Police Racial Profiling Study", Austin, Texas, 2000

College of Business Administration, Sam Houston State University, "Lending Discrimination", Huntsville, Texas 1998

Federal Reserve Bank of Chicago; Moderator, "Detecting Lending Discrimination in Credit Markets", Chicago, Illinois, 1997



Federal Reserve Board, "Bank Mergers and Managerial Efficiency", Washington D.C, 1995



# Writing and Publications

## (Updated January 28, 2022)

"Economic Losses and Mitigation after an Employment Termination", Palgrave Macmillan, January 2022

"Big Data Analytics in U.S. Courts: Uses, Challenges, and Implications", Palgrave Pivot Publishing, December 2019

"Statistical Analysis of Employment Data in Discrimination Lawsuits and EEO Audits: A statistical guide for attorneys, human resource professionals and EEO compliance personnel", Econometrics Publishing, February 2010

"Back Pay and Front Pay Calculations in Employment Termination Cases: Accounting for re-employment and mitigation efforts" (Joint with Stephanie Botello, Ph.D.), 2008, available at Social Science Research Network

"Economic Damages Primer for Attorneys: The building blocks for valuing economic damages in personal injury, wrongful death, medical malpractice, and products liability cases", (Joint with Charles Mahla, Ph.D., Michael Sadler, Ph.D., Chad Shirley, Ph.D., Doug Berg, Ph.D., et al.), Econ One Research, Inc., September 2007

"How Long do Mexican Migrants Work in the U.S.?" (Joint with Amy Raub and Jeannie Elliott), Journal of Forensic Economics, Volume XIX No. 2

"Evaluating the Statistical and Economic Significance of Statistical Evidence in Employment Discrimination Cases, Expert Evidence Report", The Bureau of National Affairs, Inc., Vol. 5, No. 5; p. 117-119; March 7, 2005 and March 23, 2005

"Racial Differences in Interest Rates", Midwestern Business and Economic Review, p. 9 – 24, Number 34, Fall 2004



"Lies, Damn Lies, and Statistics: A View from a Statistical Expert", Texas State Bar Advanced Employment Law CLE Chapter 13.1, 2003

"Evaluating Statistical Evidence in Employment Discrimination Cases", Expert Evidence Report, Bureau of National Affairs, p. 117-119.

"An Examination of Consent Searches and Contraband Hit Rates at Texas Traffic Stops", (Co-Authored) Technical Report Prepared for NAACP, LULAC, and Texas Criminal Justice Reform Coalition 2005

"Racial Profiling: Texas Traffic Stops and Searches; A first look at the nation's most comprehensive racial profiling dataset", (Co-Authored) Technical Report Prepared for NAACP, LULAC, and Texas Criminal Justice Reform Coalition, 2004

"Re-Zoning Austin's West Campus: A Unique Opportunity for Smart Growth", Technical Report Prepared for the University Area Partners, 2004

"Drug Treatment Programs and Cost Savings in the Texas State Criminal Justice System", Technical Report Prepared for Justice Policy Institute and NAACP Voter Fund, 2003

"A Statistical Methodology to Help Courts Select Racially Balanced Texas Juries", Technical Report Prepared for the NAACP, 2003

"A Re-examination of Police Racial Profiling Using the Becker Model of Discrimination", co-authors Doug Berg and John Maroney, Working paper, 2002

"A Fixed-Effects Discrete Choice Model of Racial Profiling in Police Vehicle Searches", Working Paper, 2002

"A Preliminary Examination of Racial Profiling in Texas: A look at Police Search Rates in Texas", (Co-Authored), Technical Report Prepared for the NAACP, 2000

"A Note: Bootstrap Standard Errors and Confidence Intervals for Weak Axiom of Cost Minimization (WACM) Based Managerial Efficiency Estimates", Published Applied



Economics Letters V.2., 1998

"Bank Mergers and Cost Efficiency", Ph.D. Dissertation, University of Iowa, 1995

"Racial Differences in Interest Rates: A Cluster Analysis Approach", Co-authors Doug Berg and Donald Bumpass (SHSU) (2002), Paper accepted for presentation at Economics and Finance Association, February 2003 meeting in Savannah, Georgia.



# Expert Witness Testimony

### (updated December 20, 2022)

Briana Ribota; Nicole Sylvestre; Lasha Dalton; and Yolanda Salazar, individually and on behalf of all others similarly situated v. County of San Bernardino, a legal subdivision of the State of California, and DOES 1-10, inclusive, In the United States District Court, Central District of California - Eastern Division; deposition testimony, December 2022.

Alma Mateos, and individual, on behalf of herself and all other similarly situated v. Millennium Products, Inc., a California Corporation; and DOES 1 through 10, inclusive, In the Superior Court of the State of California - County of Los Angeles; deposition testimony, November 2022.

Mark Treadwell v. Chicago Police Officers David Salgado (#16347), Xavier Elizondo (#1340), and the City of Chicago, Illinois, In the United States District Court For The Northern District of Illinois - Eastern Division; deposition testimony, October 2022.

Equal Employment Opportunity Commission v. Hiland Dairy Foods Company, LLC, In the United States District Court For The Western District District of Oklahoma; deposition testimony, July 2022.

Charles H. Newman III, and James F. Lawler, Jr. v. Beadles, Newman & Lawler, A Professional Corporation, American Document Systems, LLC, Dudley D. Beadles, and John F. Beadles, In the United States District Court of Tarrant County, Texas 96th Judicial District; deposition testimony, May 2022.

Nancy Kinney, Charles Townsley, Michael Sauro, Walter Noffsinger, Rosa Davidson, Michael Kelly, Tom Kierl, Constance Lewis, Sheri Parr, Paul Pham, Alvaro Paiz, Titon Hoque, Chris Mancuso, Wilbert Talmadge, Janet Gelphman, Thanh Do v. International Business Machines Corporation, In the United States District Court for the Western Division of Texas - Austin Division; deposition testimony, May 2022.



Jeremy Sorenson, an individual, Randal Reep, an individual, Randal Smith, an individual, Adam McLean, an individual, James Doyle, an individual on behalf of other persons similarly situated v. Delta Air Lines, Inc., a Delaware Corporation, In the United States District Court for the Northern District of Georgia - Atlanta Division; deposition testimony, December 2021.

Abel Cantaro Castillo, and those similarly situated v. Western Range Association, In the United States District Court for the District of Nevada; deposition testimony, November 2021.

Briana Ribota; Nicoale Sylvestre; Lasha Dalton; and Yolanda Salazar, individually and on behalf of all other similarly situated v. County of San Bernardino, a legal subdivision of the State of California, and DOES 1-10, inclusive, In the United States District Court for the Central District of California - Eastern Division; deposition testimony, October 2021.

Dr. Rosandra Daywalker v. University of Texas Medical Branch at Galveston and Dr. Ben G. Raimer, in his Official Capacity, In the United States District Court for the Southern District of Texas Galveston Division; deposition testimony, September 2021.

Luis Martinez Munoz v. United Rentals North America, Inc. and Juan Flores, In the District Court of Travis County, Texas 419th Judicial District; deposition testimony, August 2021.

Nicholas Cordell Larsen v. Litania Sports Group, Inc., and University Interscholastic League, In the District Court of Travis County, Texas 250th Judicial District; deposition testimony, August 2021.

Farhad Shahrokhi v. The University of North Texas, In the United States District Court for the Eastern District of Texas Sherman Division; deposition testimony, June 2021.

Kristal Nucci and Kelly Shaw, individually and on behalf of all others similarly situated and the California Labor & Workforce Development Agency, and ANA Goswick, individually and on behalf of all others similarly situated v. Rite Aid Corporation, Thrifty Payless, Inc. and Does 1-10, inclusive, United States District Court Northern District of California; deposition testimony, June 2021.



Gabriela Balderas, Individually, and as Personal Representative of the Estate of Damian Salinas, Deceased and as Next Friend of Angel Salinas and Brandon Salinas, Minors v. Manuel Bugarin D/B/A MB Brokers and Sanderson Farms, Inc., In The District Court of McLennan County, Texas 170th Judicial District; deposition testimony, April 2021.

David Heller v. Uber Technologies Inc., Uber Canada, Inc., Uber B.V., Rasier Operations B.V., and Uber Portier B.V., In the Ontario Superior Court of Justice, Canada; deposition testimony, April 2021.

Thomas Devenport v. Champion Cooler Corporation, In the District Court of Grayson County, Texas 397th Judicial District; trial testimony, March 2021.

Eric Ayala and Adrian Aviles, on behalf of themselves and all others similarly situated v. UPS Supply Chain Solutions, Inc., a Delaware corporation; UPS Supply Chain Solutions General Services, Inc., a Delaware corporation; and Does 1-10, inclusive, In the United States District Court, Central District Of California; deposition testimony, February 2021.

Kamelia Dianati v. Baton Holding, LLC F/K/A Bankrate, Inc., and Samuel Bagot, In the District Court of 345th Judicial District Travis County, Texas; deposition testimony, December 2020. Cause No. D-1-GN-19-001710

Sephora Wage and Hour Cases, In the Superior Court of California for the County of San Francisco; deposition testimony, July 2020. Case No. CJC-16-004911

Arden Rutta, individually and as Executrix of the estate of James Rutta, deceased, and Christi Young, individually and as wrongful death beneficiary of James Rutta v. J-W Power Company, Jamex Inc. and Texline Energy, LLC, In the District Court of Dallas County, TX 192nd Judicial District; deposition testimony, March 2020. Cause No. DC-18-00205

Ronnie Villaneueva v. Juan Fernandez, Roberto Verduzco, and the Cincinnati Insurance Company, In the District Court of Maverick County, Texas 293rd Judicial District; trial



testimony, January 2020. Cause No. 18-10-36490-MCV

James Meek v. Equinor US Operations LLC, successor in interest to Statoil Gulf Services LLC, In the District Court of Harris County, Texas 269th Judicial District; deposition testimony, October 2019. Cause No. 2018-35054

Allison Spruill v. Daniel Fortes, M.D., Cardiothoracic and Vascular Surgeons, P.A., John Williams, M.D., and Austin Radiological Associates, In the District Court of Travis County, Texas 261st Judicial District; deposition testimony, September 2019. Cause No. D-1-GN-17-001349

John David Donahey III v. Progressive County Mutual Insurance Company and Federal Insurance Company, In the District Court of Travis County, Texas 459th Judicial District; deposition testimony, September 2019. Cause No. D-1-GN-17-006093

Juan Ramiro Perez v. Communities In Schools, In the District Court of Cameron County, Texas 107th Judicial District; trial testimony, September 2019. Cause No. 2018-DCL-03830

United States of America v. City of Houston, United States District Court for the Southern District of Texas Houston Division; deposition testimony, July 2019. Civil Action No. 4:18-cv-00644

Nicole Perkins and Thomas Perkins, Individuals, and Anastasia Perkins, a minor who sues by and through her Parents and Next Friends, Nicole Perkins and Thomas Perkins v. James Allen Newton, M.D., An Individual; Lynn Keith Whittington, M.D., an Individual; Alabama Neonatal Medicine, P.C., a Corporation, et al., In the Circuit Court for Montgomery County, Alabama; deposition testimony, July 2019. Civil Action No. 201899342

Jonathan Langley v. International Business Machines Corporation, United States District Court for the Western District of Texas; deposition testimony, July 2019. Civil Action No. 1-18-cv-443

Debra Deluna, Individually and as Personal Representative of the Estate of Joseph Deluna, Deceased; and Ashton Thorn, as Legal Guardian of Tena Aubrey Deluna, minor v.



Espinoza Stone, Inc., Espinoza Stone, Inc. DBA ESI Trucking, Jose J. Espinoza, Gabriel Hernandez and John and Jane Does 1-10, District Court of Williamson County, Texas 425th Judicial District; deposition testimony, June 2019. Cause No. 17-1249-C425

Doug Boram and Monica Boram, Individually and As Next Friends of Bryce Boram, a minor v. Tara A. Mills, MD, Renaissance Women's Group P.A., and St. David's Healthcare Partnership, L.P., LLP, d/b/a St. David's North Austin Medical Center, 98th Judicial District Court of Travis County, Texas; deposition testimony, May 2019. Cause No. D-1-GN-12-001699

Michael Gomez and Nora Gomez v. David A. Nation, M.D., and Cardiothoracic and Vascular Surgeons, P.A., District Court Travis County, Texas 200th Judicial District; deposition testimony, April 2019. Cause No. D-1-GN-18-001895

Karen Miniex v. Houston Housing Authority, United States District Court for the Southern District of Texas Houston Division; trial testimony, March 2019. Civil Action No. 4:17-CV-00624

Estela Ruiz, individually and on Behalf of All Other Similarly Situated Employees of Defendants v. Jack in the Box, Inc; Yadav Enterprises, Inc. (fka JIB Management, Inc.); Parivar, Inc.; Akkam, Inc.; Amanat, Inc.; Anil Yadav; Av, Inc.; Nor-Cal Venture Group, Inc.; Resham, Inc.; Reshiv, Inc.; Vanil, Inc.; Vanmel, Inc.; Vansh, Inc.; Varris management, Inc.; Yadav, Inc.; and Does 14 through 100, inclusive, Superior Court of the State of California In and For the County of Alameda; deposition testimony, February 2019. Case No. RG16807477

Marisa Rangel And Jerrid Jeter, Sr., individually and as Parents and Next Friends of Jerrid Jeter-Gilmon, Jr., a Minor v. Jenifer Kowalik, M.D., Jenifer Kowalik, MD PA, Jenifer Kowalik, MD PA D/B/A Centex Family and ObGyn Associates, and Central Texas Medical Center Inc, District Court of Hays County, Texas, 428th Judicial District; deposition testimony, January 2019. Cause No. 15-1154

Tracy Chen and Matthew Lucadano, as Aggrieved Employees v. Morgan Stanley Smith Barney, LLC, and Does 1 through 20, inclusive; Superior Court of California County of



Orange; deposition testimony, January 2019. Case No. 30-2014-00724866-CU-OE-CXC.

Kimberly Hudson, and Thomas Earl Jackson, Jr., as Temporary Guardians of Kendric Jackson, an Incapacitated Person v. Canadian National Railway Company; Mississippi Export Railroad; Illinois Central Railroad Company; Illinois Central Corporation; Grand Trunk Corporation, David W. Myers; and Diamante Jamarcus Lockhard; United States District Court for the Southern District of Alabama Southern Division; deposition testimony, October 2018. Action No. CV-2017-091162.00.

Donald Clynes v. City of Brownsville; District Court 107th Judicial District Cameron County, Texas; deposition testimony, August 2018. Cause No. 2017-DCL-07638.

Michael Chatterton v. Beelman Ready Mix, Inc.; Circuit Court of the Twentieth Judicial Circuit St. Clair County, Illinois; trial testimony, August 2018. Cause No. 14-L-221.

Latoya Brown; Lawrence Blackmon; Herbert Anthony Green; Khadafy Manning; Quinnetta Manning; Marvin Mcfield; Nicholas Singleton; Steven Smith; Bessie Thomas; and Betty Jean Williams Tucker, individually and on behalf of a class of all others similarly situated v. Madison County, Mississippi; Sheriff Randall S. Tucker, in his Official capacity; and Madison County Sheriff's Deputies John Does #1 through #6, in their Individual capacities; United States District Court Southern District of Mississippi Northern Division; deposition testimony, June 2018. Civil Action No. 3:17-cv-347WHB-LRA.

Michael Chatterton v. Beelman Ready Mix, Inc.; Circuit Court of the Twentieth Judicial Circuit St. Clair County, Illinois; deposition testimony, June 2018. Cause No. 14-L-221.

U.S. Equal Employment Opportunity Commission v. JC Wings Enterprises, LLC, JC Wings, LTD, JG Investments Enterprises, LLC, JG Investments, LTD, CK1 Enterprises, LLC, and Ten Lbs, LTD d/b/a Bayou City Wings, In the United States District Court Southern District of Texas Houston Division, deposition testimony, June 2018. Civil Act No. 4:16-CV-03245.

William M. Parrish and Margaret Parrish v. Ean Holdings, LLC and Andrea Valverde, In the District Court Travis County, Texas 200th Judicial District, trial testimony, June 2018. Cause No: D-1-GN-17-000413.

William M. Parrish and Margaret Parrish v. Ean Holdings, LLC and Andrea Valverde, In the District Court Travis County, Texas 200th Judicial District, deposition testimony, May 2018. Cause No: D-1-GN-17-000413.

Cora Greene v. Kempner Water Supply Corporation, In the District Court 27th Judicial District Lampasas County, Texas, deposition testimony, May 2018. Cause No. 20315.

Zulema Perez San Miguel, Individually; as Independent Administrator of the Estate of Kevin Daniel San Miguel Lopez; and as Next Friend of Julissa San Miguel; Kevin San Miguel, Jr; and Noah San Miguel v. Clean Scapes Management Company, LLC; Goodwill Temporary Services, Inc., d/b/a Goodwill Staffing Group, Inc., Bae Systems information and Electronic Systems Integration, Inc., and Scag Power Equipment, Inc., In the District Court of Travis County Texas 53rd Judicial District, deposition testimony, April 2018. Cause No. D-1-GN-16-005140.

Estate of Jordan Baker, by and through administrator, Janet Baker v. Juventino Castro, The City of Houston, RPI Management Company, LLC, and RPI Interests I, LTD, In the United States District Court Southern District of Texas Houston Division, deposition testimony February 2018. Cause No. 4:15-cv-3405.

Balapuwaduge Mendis, on his own behalf and on behalf of all others similarly situated v. Schneider National Carriers, Inc., a Nevada Corporation, United States District Court Western District of Washington, deposition testimony February 2018. Cause No. 2:15-cv-00144-JCC.

Richard Patton v. Houston Independent School District, In the District Court of Harris County, Texas 295th Judicial District, deposition testimony January 2018. Cause No. 2016-51917.

Mandy Thompson and Kevin Torrez, individually and as next friends and representatives of Ayden Torrez, a minor v. St. David's Healthcare Partnership, L.P., LLP, d/b/a St. David's Medical Center; Jeff E. Hagen, M.D.; Jeff E. Hagen, M.D., P.A., d/b/a Austin OBGYN; and Maria E. Gutierrez, RNC, NP, MSN, In the District Court Travis County, Texas 353rd Judicial District, deposition testimony January 2018. Cause No. D-1-GN-14-005096.

Jose Luis Alcantar, on behalf of himself and all others similarly situated v. Hobart Service,



Hobart Food Equipment Group, Itw Food Equipment Group, LLC, and Does 1 through 100, inclusive, United States District Court, Central District of California, deposition testimony December 2017. Cause No. 5:11-CV-1600-PSG (SPx).

Karen Cunningham, Individually, as Heir at Law, and as Representative of the Estate of Steven Cunningham, Deceased; Sami Staley; Beatrice Cunningham; Jonathan Vigil; Andrew Tkaczyk; Zachary Johnson; James Riley; Timothy Irons; Charles Billings; Nathan Wilden; Christopher Davis; and Armando Cardona; and Daniel Luppino v. Nikki Hoke, as Representative of the Estate of Gregory M. Hoke, Deceased; Bordur Studios Coach Leasing LLC; and Big Sexy Grey Bus LLC; and Nikki Hoke, Individually, as Representative of the Estate of Gregory M. Hoke, Deceased, and as Next Friend of E.H. and H.H., minor children of Gregory M. Hoke, Deborah Hoke, Individually, and Russel Hoke, Individually v. Bridgestone Americas Tire Operations, LLC, a foreign Company which is the successor to Bridgestone/Firestone North American Tire, LLC, In the District Court of Hudspeth County, Texas 394th Judicial District, deposition testimony November 2017. Cause No. CV-04569-394.

Jose F. Andino, individually and on behalf of himself and others similarly situated v. Kaiser Foundation Hospitals, a California Corporation, and Does 1 through 100, inclusive, Superior Court of the State of California For the County of Alameda, deposition testimony October 2017. Case No. RG11580548.

Jeffrey Fadness v. Charter Communications, Inc., In the District Court Travis County, Texas 261st Judicial District, deposition testimony October 2017. Cause No. D-1-GN-17-000119.

Paris Shoots, Jonathan Bell, Maxwell Turner, Tammy hope, Phillipp Ostrovsky, Brenda Brandt, Anissa Sanders, Najai McCutcheon, and Leticia Rodriquez, on behalf of themselves, the Proposed Rule 23 Classes and others similarly situated, v. IQOR Holdings, Inc., United States District Court District of Minnesota, deposition testimony August 2017. Case No. 0:15-cv-00563-SRN-SER.

Timothy K. Sargis and Dawn M. Sargis, Individually and as Next Friends of Madisyn Marie Loher, A Minor and as Personal representatives of the Estate of Michelle Loher, and Gary S. Loher, II v. HS Centex Trucking, LLC, Kevin Clay and USAA General Indemnity Company, In the District Court Coryell County, Texas 52nd Judicial District March 2017. Cause No. DC-16-44861.

employstats
ECONOMICS + STATISTICS

Stacey Burkhart and Brandon Burkhart Individually and As Parents and Next Friends of Austin Burkhart, a Minor v. United Regional Health Care System, Inc. d/b/a United Regional Hospital, United Regional Hospital, Texoma Women's Clinic, P.A. d/b/a The Women's Center, and Lawrence Y.H. Young, M.D., In the District Court 78th Judicial District Wichita County, Texas November 2016. Cause No. 178046B.

Troy Slack, Jacob Grismer, Richard Erickson, Scott Praye, Gary H. Roberts, Robert P. Ullrich, Henry Ledesma, Timothy Helmick, Dennis Stuber, Eric Dublinkski, Sean P. Forney v. Swift Transportation Co., of Arizona, LLC., United States District Court Western District of Washington at Tacoma, deposition testimony November 2016. Case No. 3:11-cv-05843-BHS.

Richard Trusz v. UBS Realty Investors LLC and UBS AG, United States District Court District of Connecticut, deposition testimony September 2016. Civil Action No. 3:09-CV-268 (DJS).

Amy L. Schneider and Janet E. Breneman, individually and on behalf of others similarly situated, v. Union Hospital, Inc., United States District Court Southern District of Indiana Terre Haute Division, deposition testimony June 2016. Case No. 2:15-cv-204-JMS-DKL.

Corey Khansari, Debra Khansari and Michael Khansari v. The City of Houston, Chief of Police Charles A. McClelland, Jr., Officer William E. Rutherford, Officer Candace M. Bradshaw Vaughn, Officer Jillian McGowan, Officer Maria Hernandez, Officer Sean Hunter, Officer Jorge Luis Herrera, and Officer Walter Gaw, United States District Court Southern District of Texas Houston Division, trial testimony April 2016. Civil Action No. 4:13-CV-02722.

Donald and Mary Trichel, individually and as Next Friends of Nicholas Trichel v. Union Pacific Railroad Company and Jeremy Ray Hampton, In the District Court of Harris County, Texas 125th Judicial District, deposition testimony April 2016. Cause No. 2014-23177.

Virginia Nester and Robert Scott Nester, Individually and As Next Friends of C.N. and S.N., Minors v. Textron, Inc. d/b/a E-Z-GO United Rentals, Inc. f/k/a RSC Holdings, Inc. and/or RSC Equipment Rental, In the United States District Court for the Western District of Texas



Austin Division, trial testimony March 2016. Case No. 1:13-CV-000920-LY.

Chris Elliott O/B/O Himself and O/B/O All Other Similarly Situated, v. Schlumberger Technology Corporation and Schlumberger Limited (Schlumberger N.V.), United States District Court for the District of North Dakota Southeastern Division, deposition testimony March 2016. Civil Action No. 3:13-cv-00079.

United States of America, ex rel. Louis Scutellaro v. Capitol Supply, Inc., United States District Court District of Columbia, deposition testimony February 2016. Civil Action No. 10-cv-1094 (BAH).

Monica Hague v. University of Texas Health Science Center at San Antonio, In the United States District Court for the Western District of Texas San Antonio Division, trial testimony January 2016. Civil Action No. SA-11-CA-1101-OG.

Arleen Delaronde v. Legend Classic Homes, Ltd., Bella Vista C.M.I., Ltd., In the United States District Court for the Southern District of Texas Houston Division, trial testimony December 2015. Civil Action No. 4:14-cv-1578.

Genoveva Guzman and Abel Ochoa, Individually and as Parents and Next Friend of Maria Guadalupe Ochoa v. Tenet Healthcare Corporation, Hughan Frederick, M.D., Isis Obstetrics & Gynecology, LLC, A. Ellery, RN, North Fulton Hospitalist Group, LLC D/B/A North Fulton Regional Hospital A/K/A Tenet North Fulton Hospital, and John Does 1-10, In the State Court of Fulton County, State of Georgia, deposition testimony September 2015. Civil Action No. 13EV018499E.

Jose Arellano and Juan Montoya, individually, and on behalf of all others similarly situated v. Container Connection of Southern California, Inc., a California Corporation; and Does 1 through 100, Superior Court of the State of California for the County of Los Angeles, deposition testimony September 2015. Case No. BC500675.

Monica Hague v. University of Texas Health Science Center at San Antonio, In the United States District Court for the Western District of Texas San Antonio Division, deposition testimony August 2015. Civil Action No. SA-11-CA-1101-OG.



Jesus Holguin, Individually and o/b/o The Estate of Maria E. Holguin, Deceased, Estevan A. Gonzales, Jesus Ramon Holguin and Kassandra M. Holguin, Minor Children v. Baptist St. Anthony Health System, In the District Court of Potter County, Texas, deposition testimony July 2015. Case No. 101,910-D.

Fred Devries, Ruby Teich, Janine Natoli, Rafael Santiago, Mark Malter, Adam Schwartz, individually and on behalf all others similarly situated v. Morgan Stanley & Co. LLC, f/k/a Morgan Stanley & Co. Incorporated, Morgan Stanley Smith Barney LLC, and Morgan Stanley, In the United States District Court for the Southern District of Florida, deposition testimony July 2015. Case No. 9:12-cv-81223-KAM

Mark Virant v. Encana Oil & Gas (USA), Inc. and Eric Marsh, Individually, In the District Court of Tarrant County, Texas 153 Judicial District, deposition testimony July 2015. Case No. 153-266960-13.

Virginia Nester and Robert Scott Nester, Individually and As Next Friends of C.N. and S.N., Minors v. Textron, Inc. d/b/a E-Z-Go, United Rentals, Inc. f/k/a RSC Holdings, Inc. and/or RSC Holdings, Inc. and/or RSC Equipment Rental, In the United States District Court for the western District of Texas Austin Division, deposition testimony June 2015. Case No. 1:13-CV-000920-LY.

Lisa Rindfleisch, Tiffany Melendez, Michelle Gentile, Laurie Baker and Christina Nelmes, on behalf of themselves and other similarly situated, v. Gentiva Health Services, Inc., In the United States District Court for the Eastern District of New York, deposition testimony June 2015. Civil Action No. 1:10-CV-3288-SCJ.

Karen Oubre, Individually and o/b/o The Estate of Larry Oubre, Deceased v. Kyle Mezger, M.D.; Christopher Thu, M.D.; and Capitol Anesthesiology Association, In the District Court of Travis County, Texas 126th Judicial District, Texas deposition testimony May 2015. Cause No. D-1-GN-14-000383.

Weird Times, LLC v. Sharon Ma and Doug Ma, In the District Court 353rd Judicial District Travis County, Texas, trial testimony March 2015. Cause No. D-1-GN-12-001076.



Armida Rodriguez and Chea Hill, individually, and on behalf of all other similarly situated and on behalf of the general public, v. Burlington Coat Factory Warehouse Corporation, a New Jersey Corporation; Burlington Coat Factory of California LLC, a California Limited Liability Company; and Does 1 through 50, inclusive, United States District Court - Central District of California, deposition testimony February 2015. Case No. 2:13-cv-02426-DDP-RZ.

Guang Tian, Yan Nie, Jing Jian Wu, Zhen Sheng Yin, Tie Quan Ma, as individuals, and Ming Fang Tie, Yu Hong Chang, Yi Wu, Bao Jie Zhang, Chao Hui Liu, on Behalf of Themselves and all others similarly situated, and Christopher Cavaliere and Steven Lee, on behalf of themselves and as PAGA representatives v. Ma Laboratories, Inc., Abraham C. Ma, also known as Chih Keng Ma, and Christine Rao, also known as Ruiting C. Rao, Superior Court of the State of California County of Santa Clara Unlimited Jurisdiction, deposition testimony January 2015. Case No. 1-11-CV-195373.

Uzoamaka Enezuagu; Yoseph Awlachew; Kiflom Birhane; Desalgne Zema; Simon Gebrekiros; Jacqueline Jackson; Abebech Kassie; Abdou Ouedraogo; Raquel Pryce-King; Ephrem Tessema; Yonas Woldemicael; Shamara Wright; Helen Zegeye; Alemayehu Zeleke; Jekeia Sledge; Ann-Marie Glanville; Alex Garrett; Sara Kebeta; Getnet Retta; Emmanuel Vincent; Tatek Zema v. Board of Trustees of the University and Does 1 through 10 inclusive, Superior Court of the District of Columbia Civil Division, deposition testimony November 2014. Case No. 2013-CA-2219-B.

Sergio Gutierrez, an individual; Hector Salazar, an individual, both individually on behalf of themselves and on behalf of all other similarly situated current and former employees of Defendant Commerce Casino v. California Commerce Club, Inc. doing business as Commerce Casino, and Does 1 through 50, inclusive, Superior Court of the State of California for the County of Los Angeles, deposition testimony November 2014. Case No. BC360704.

Yvette Anderson, et al., v. County of Ventura; and Does 1-10, inclusive, United States District Court, Central District of California, deposition testimony July 2014. Case No. CV13-03517-STO (VBKx).



Jesus Castro Romo v. The United States of America, United States District Court, District of Arizona, trial testimony July 2014. Case No. CV12-0041-RCC.

Ngan Huynh and Tuan M. Nguyen Individually and As Parents, Legal Guardians and Next Friends of Jonathan Nguyen, A Minor v. St. David's Healthcare Partnership, L.P.; LLP Individually and d/b/a St. David's North Austin Medical Center a/k/a North Austin Medical Center; Round Rock Hospital, Inc.,; St. David's Foundation p/k/a St. David's Health Care System, Inc.,; Renaissance Women's Group, P.A.; Tara A. Mills, M.D.; Devin M. Garza, M.D.; Kristen Barkow a/k/a Kristen Calnan, NP, In the District Court Travis County, Texas, 200th Judicial District, deposition testimony July 2014. Cause No. D-1-GN-11-002142.

Veronica Ochoa Valenzuela and Cesar De Viana, husband and wife v. Ford Motor Company, a Foreign Corporation, In the United States District Court for the District of Arizona, trial testimony May 2014. Case No. 15-16388.

Johnson, et al v. York Claims Service, Inc., Superior Court of the State of California in and for the County of Sacramento, trial testimony May 2014. Case No. 34-2008-00008447-CU-OE-GDS.

Michael Mercieca v. Tracey Rummel, and Microsoft Corporation, In the District Court 353rd Judicial District Travis County, Texas, trial testimony May 2014. Cause No. D-1-GN-11-001030.

Johnson, et al v. York Claims Service, Inc., Superior Court of the State of California in and for the County of Sacramento, deposition testimony April 2014. Case No. 34-2008-00008447-CU-OE-GDS.

Yadira Hernandez v. R.E.S.A., Inc., d/b/a Keller Williams Realty and Carolina Salcedo Cuevas, In the District Court 131st Judicial District, Bexar County, Texas, trial testimony April 2014. Cause No. 2011-CI-05812.

Charles E. Amos, II v. Plan Administrator of Orion Healthcorp, Inc., Employee Benefit Plans, Orion Healthcorp, Inc., Employee Benefit Plans, Orion Healthcorp, Inc., RMI Physician Services Corporation, Chi T. "Cindy" Luu, Kimberly Singleton, RMI Physician Services Corporation Employee Benefit Plans, Plan Administrator of RMI Physician



Services Corporation Employee Benefit Plans, In the United States District Court for the Southern District of Texas Houston Division, deposition testimony April 2014. Case No. 4:11-CV-04623.

Gerald Bramlett, v. Dimensional Investment LLC before the American Arbitration Association, Austin, Texas, arbitration testimony February 2014. Case No. 70-160-202-13.

Gerald Bramlett, v. Dimensional Investment LLC before the American Arbitration Association, Austin, Texas, deposition testimony December 2013. Case No. 70-160-202-13.

Renee M. Hawkins, Individually and on behalf of others similarly situation v. Alorica, Incorporated, United States District Court for the Southern District of Indiana Terre Haute Division, deposition testimony December 2013. Case No. 2:11-cv-0283 JMS-WGH.

Jodi Soukup, Individually, and as Parent, Legal Guardian and Next Friend of Ryan Burford, A Minor v. Methodist Healthcare Ministries of South Texas, Inc. d/b/a Southwest Texas Methodist Hospital, and/or d/b/a or a/k/a/ Methodist Hospital; Columbia/HCA Healthcare Corporation of Central Texas; Methodist Healthcare Ministries of South Texas Inc.; Patricia K. Brougher, M.D. and Patricia K. Brougher, M.D., P.A., In the District Court 45th Judicial District Bexar County, Texas, deposition testimony December 2013. Cause No. 2010CI17368.

Ben Deason v. Jennifer Newsom, in the 145th District Court in and for the County of Nacogdoches County, Texas, deposition testimony October 2013

Tracy Windrum, Individually, as representative of the Estate of Lancer Windrum, and on behalf of her minor children Bethany Windrum, Jacob Windrum, and Holly Windrum v. Victor Kareh, M.D., Harpaul Gill, M.D., North Cypress Medical Center, North Cypress Medical Center Operating Company, GP, LLC, North Cypress Medical Center Operating Company, LTD and Coresource, Inc., In the District Court of Harris County, Texas, 133rd Judicial District, trial testimony October 2013



Victoria "Anna" Janssen v. O'Reilly Automotive Stores, Inc., In the United States District Court for the Northern District of Texas Wichita Falls Division, Wichita Falls, Texas, trial testimony September 2013

Denise K. Aguilar v. St. David's Healthcare Partnership, LP, LLC d/b/a South Austin Medical Center, American Arbitration Association, Austin, Texas, deposition testimony August 2013

Deann Hojnacki v. Trisun Healthcare, LLC, Arbitration Austin, Texas, deposition testimony August 2013

Yadira Hernandez v. R.E.S.A., Inc., D/B/A Keller Williams Realty and Carolina Salcedo Cuevas, In the District Court 131st Judicial District, Bexar County, Texas, deposition testimony May 2013

Y. Hoang Do, M.D. v. Texas Health and Human Services Commission, Office of Inspector General, Before the Health and Human Services Commission Appeals Division, Travis County, Texas, trial testimony May 2013

David Meyer, Individually and o/b/o The Estate of Doreen Rae Meyer, Deceased, Sunny Ruud, Brandy Cebula, and Jon Novitsky o/b/o Krystin Novitsky, Minor Child v. Stephen Bodi, P.A. and M.D.'s Cyber Clinic, P.A. D/B/A Northwest Diagnostic Clinic, In the District Court of Williamson County, Texas 368th Judicial District, deposition testimony March 2013

Instant Technology, LLC, an Illinois Limited Liability Company, v. Elizabeth Defazio, Laura Rehn, Megan Marker, Bethany Meek, Erin Bauer, Joel Katz, Andrea Katz, individuals and Connect Search, LLC, a Delaware Limited Liability Company, In the United States District Court for the Northern District of Illinois, Eastern Division, deposition testimony January 2013

United Biologics, LLC, D/B/A United Allergy Labs & Nicolas Hollis v. Texas Allergy, Asthma and Immunology Society; Stuart L. Abramson, MD, PHD; Wesley W. Stafford, MD; Theodore M. Freeman, MD; William R. McKenna, MD and Michael P. Vaughn, MD, PHD, In the District Court of Travis County, Texas 353rd Judicial District, deposition testimony January 2013



Lisa Rindfleisch, Tiffany Melendez, Michelle Gentile, Laurie Baker and Christina Nelmes, on behalf of themselves and others similarly situated, v. Gentiva Health Services, Inc., In the United States District Court Northern District of Georgia Atlanta Division, deposition testimony January 2013

Jose Luis Alcantar, on behalf of himself and all others similarly situated v. Hobart Service, et al., United States District Court for the Western District of Texas, deposition testimony January 2013

Certain Underwriters at Lloyd's London and Professional Liability Insurance Services, Inc. v. IMA of Kansas, Inc., In the District Court of Travis County, Texas 353rd Judicial District, trial testimony

Equal Employment Opportunity Commission v. Valero Refining – Texas LP, In the United State District Court for the Southern District of Texas Galveston Division, deposition testimony October 2012

United Biologics, LLC, Formerly d/b/a United Allergy Services, Formerly d/b/a United Allergy Labs & Nicolas Hollis v. Texas Allergy, Asthma and Immunology Society; Stuart L. Abramson, MD, PHD; Wesley W. Stafford, MD; Theodore M. Freeman, MD; William R. McKenna, MD, and Michael P. Vaughn, MD, PHD., In the District Court of Travis County, Texas 353rd Judicial District, deposition testimony October 2012

Y. Hoang Do, M.D. v. Texas Health and Human Services Commission, Office of Inspector General, before the Health and Human Services Commission Appeals Division, Texas, deposition testimony October 2012

Xochitl Segovia, v. Williams Brothers Construction Company, Inc., In the District Court of Harris County, Texas 333 Judicial District, trial testimony August 2012

ADP, Inc., a Delaware Corporation v. National Merchant Alliance, LLC, a Nevada Limited Liability Company, United States District Court for the Western District of Texas, deposition testimony June 2012



Dustin R. Thompson, v. J4 Development, LP, In the District Court of Travis County, Texas 200th Judicial District, deposition testimony June 2012

Certain Underwriters at Lloyd's London and Professional Liability Insurance Services, Inc. v. IMA of Kansas, Inc., In the District Court of Travis County, Texas 353rd Judicial District, deposition testimony May 2012

James R. Irion, III and Veniece M. Irion v. Sunrise Senior Living Management, Inc., D/B/A Brighton Gardens of Austin; and Prime Care Seven, LLC D/B/A Brighton Gardens of Austin, United States District Court Western District of Texas Austin Division, deposition testimony May 2012

Elsa Ortega on behalf of S.L.O. and J.L.O. minors, et al v. United States of America, Jose Vicente Gaytan-Alcaya, et al, v. United States of America; Elsa Ortega and John Doe Ortega, Husband and Wife, In the United States District Court for the District of Arizona, deposition testimony April 2012

William Kierre v. Gerry Lawler, M.D. and Hendrick Anesthesia Network, In the District Court of Taylor County 104th Judicial District, trial testimony April 2012

Dawn Leamon, v. KBR, Inc.; et al, In the United States District Court for the Southern District of Texas Houston Division deposition, testimony April 2012

Wilson Industries, L.P., v. Select Energy Services, LLC; and Bell Supply, LLC; In the District Court of Ector County, Texas 244th Judicial District, deposition testimony March 2012

Debra Nicholas v. San Antonio Water System, In the District Court 57th Judicial District Bexar County, Texas, trial testimony March 2012



Lielonnie R. Lewis v. Save Mart Supermarkets and Does One through Fifty, inclusive, Superior Court of the State of California in and for the County of Alameda, deposition testimony February 2012

Flordeliza Escano, Marila P. Maximo, Joel T. Catublas, and Penny Burney, on behalf of themselves and behalf of all other similarly situated, v. Kindred Healthcare Operating, Inc., a Delaware Corporation, Kindred Healthcare, Inc., a Delaware Corporation, Specialty Hospitals of Southern California, a business form unknown, and Does 1 through 100, United States District Court Central District of California (Western Division – Los Angeles), deposition testimony February 2012

Anthony Stout, on behalf of himself and others similarly situated, v. Universal Ensco, Inc., United States District Court Southern District of Texas Houston Division, deposition testimony November 2011

Lashone Purnell, as an individual and on behalf of all employees similarly situated, v. Sunrise Senior Living Management, Inc., and Does 1 through 50, inclusive, United States District Court Central District of California Southern Division, deposition testimony August 2011

Jamie Leigh Jones v. Halliburton Company d/b/a KBR Kellogg Brown & Root (KBR); Kellogg Brown & Root Services, Inc.; Kellogg Brown & Root International Inc.; Kellogg Brown & Root, LLC; Kellogg Brown & Root, Inc.; Kellogg Brown & Root Inc.; Kellogg Brown & Root, S. de R.L.; Kellogg Brown & Root (KBR), Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; Eric Iler, Charles Boartz; Several John Doe Rapists and the United States of America, In the United States District Court for the Southern District of Texas (Houston Division), trial testimony June 2011

Debbie Goodwill, Individually and on Behalf of the Estate of Larry Goodwill, Cody Goodwill, and Wendy Christian v. United Parcel Service, Inc., et al, In the U.S. District Court for The Western District of Texas Austin Division, trial testimony June 2011

Veronica Ochoa Valenzuela and Cesar De Viana, husband and wife v. Ford Motor Company, a Foreign Corporation, In the United States District Court for the District of Arizona, deposition testimony



Jamie Leigh Jones v. Halliburton Company d/b/a KBR Kellogg Brown & Root (KBR); Kellogg Brown & Root Services, Inc.; Kellogg Brown & Root International Inc.; Kellogg Brown & Root, LLC; Kellogg Brown & Root, Inc.; Kellogg Brown & Root Inc.; Kellogg Brown & Root, S. de R.L.; Kellogg Brown & Root (KBR), Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; Eric Iler, Charles Boartz; Several John Doe Rapists and the United States of America, In the United States District Court for the Southern District of Texas (Houston Division), deposition testimony May 2011

Michael L. Collier, Ph.D. v. Texas Tech University and John Whitmore in his Official Capacity, In the District Court 99th Judicial District Lubbock County, Texas, trial testimony May 2011

Debbie Goodwill, Individually and on Behalf of the Estate of Larry Goodwill, Cody Goodwill, and Wendy Christian Plaintiffs, Cecelia Center, Individually and as Administrator of the Estate of George Reagan Center Intervenors, v. United Parcel Service, Inc., Tire Centers, LLC d/b/a TCI, and The Goodyear Tire & Rubber Company, In the United States District Court for the Western District of Texas Austin Division, deposition testimony March 2011

Albert Kevin Martin, A/K/A Kevin Martin v. City of San Antonio and Its Agent, San Antonio Water System, In the District Court 224th Judicial District, Bexar County, Texas, trial testimony February 2011

Delanie Ney, v. iProfile, LLC, Accord Human Resources, Inc. Virgo Capital Fund I, LP, Hemanth Parasuram, Guhan Swaminathan and Arun Prakash, Arbitration Cause No. 701600042810, Austin, Texas, arbitration testimony January 2011

State of Texas ex rel., Ven-A-Care of the Florida Keys, Inc. v. Alpharma USPD f/k/a Barrenational, Inc., Purepac Pharmaceutical Co., Actavis Mid Atlantic LLC, Actavis Elizabeth LLC, Barr Pharmaceuticals, Inc., Barr Laboratories, Inc., Duramed Pharmaceuticals, Inc., Pliva, Inc. f/k/a Sidmak Laboratories, Inc., Odyssey Pharmaceuticals, Inc., PAR Pharmaceutical, Inc., PAR Pharmaceutical Companies, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc. f/k/a Schein Pharmaceutical, Inc., Rugby Laboratories, Inc., Oclassen Pharmaceuticals, Inc., Marsam Pharmaceuticals, Inc., and Andrx Pharmaceuticals, Inc., In the District Court of Travis County, Texas, 419th Judicial District, trial testimony, January 2011



Kevin Blackwell and Amber Blackwell, Individually and As Next Friend of K.B. and S.B., Minors v. Nissan Motor CO., LTD. And Nissan North America, Inc., In the United States District Court for the Eastern District of Texas Beaumont Division, deposition testimony January 2011

Nicholas Tableriou, Individually, and as Administrator of the Estate of Jane Tableriou, Deceased, Nicole Tableriou, and Brett Tableriou v. John Marsden, M.D., Marsden One GP, LLC, Marsden One, LTD., Marsden Management, LLC, and The American Institute of Gastric Banding, LTD., D/B/A True Results, In the District Court Travis County, Texas 261st Judicial District, deposition testimony October 2010

Prudence Adams v. Centex Freight Lines, LLC, In the District Court Travis County, Texas Judicial District, trial testimony October 2010

Jeanette Eberhart; Hamilton Beaux O'Keady-Elicock; Howard Hill; and Philip Marc Orlow v. Frye Claims Consultation and Administration, Inc. a California Corporation, In the Superior Court of the State of California, Alameda County, deposition testimony September 2010

Shaunetta Eddings, individually and on behalf of a class of similarly situation individuals, v. Health Net, Inc., In the United States District Court for the Central District of California, deposition testimony September 2010

Equal Employment Opportunity Commission and Connie Beseda, v. Zachry Industrial, Inc. (San Antonio) F/K/A Zachry Construction Corporation, (San Antonio), In the United States District Court for the Western District of Texas San Antonio Division, deposition testimony September 2010

Candice Warde Rodriguez, Individually and on Behalf of Benjamin Wallace Rodriguez, a Minor, v. The United States of America, In the United States District Court, Eastern District of New York, deposition testimony August 2010

Ronica R. Tabor on behalf of herself and all others similarly situated, Dacia S. Gray on behalf of herself and all others similarly situated, v. Hilti, Inc. a Domestic For Profit Business Corporation, and Hilti of America, Inc., a Foreign For Profit Business Corporation, In the United States District Court for the Northern District of Oklahoma, deposition testimony August 2010



State of Texas ex rel., Ven-A-Care of the Florida Keys, Inc. v. Alpharma USPD f/k/a Barrenational, Inc., Purepac Pharmaceutical Co., Actavis Mid Atlantic LLC, Actavis Elizabeth LLC, Barr Pharmaceuticals, Inc., Barr Laboratories, Inc., Duramed Pharmaceuticals, Inc., Pliva, Inc. f/k/a Sidmak Laboratories, Inc., Odyssey Pharmaceuticals, Inc., PAR Pharmaceutical, Inc., PAR Pharmaceutical Companies, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc. f/k/a Schein Pharmaceutical, Inc., Rugby Laboratories, Inc., Oclassen Pharmaceuticals, Inc., Marsam Pharmaceuticals, Inc., and Andrx Pharmaceuticals, Inc., In the District Court of Travis County, Texas, 419th Judicial District, deposition testimony July 2010

Randall Barnett v. City of Austin, et al.; 353rd Judicial District Court, Travis County, Texas, hearing testimony May 2010

Lugo, et al., v. Farmers Pride, In the United States District Court for the District of Pennsylvania, deposition testimony May 2010

William Kierre v. Gary Lawler, M.D. and Hendrick Anesthesia Network, In the District Court, Taylor County, Texas, 104th Judicial District, deposition testimony April 2010

Ann Otsuka, an individual and on behalf of all others similarly situated; Janis Keefe, an individual; Corinne Phipps, and individual; Justin Kiser, an individual; and Renee Davis v. Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing Business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc., United States District Court Northern District of California, trial testimony March 2010

Wai Chan, On behalf of herself and all others similarly situated v. Wells Fargo Financial, Inc., In the United States District Court for the Western District of Missouri, deposition testimony February 2010

Billy Petty, Edward Petty and Amanda Stewart v. Devesh Ramnath, M.D., In the District Court Administratively transferred to the 95th Judicial District Dallas County, Texas, deposition testimony February 2010



Luna v. Weddington, In the District Court of Harris County, Texas Judicial District 234, trial testimony January 2010

Ann Otsuka, an individual and on behalf of all others similarly situated; Janis Keefe, an individual; Corinne Phipps, and individual; Justin Kiser, an individual; and Renee Davis v. Polo Ralph Lauren Corporation; Polo Retail, LLC; Polo Ralph Lauren Corporation, doing Business in California as Polo Retail Corporation; and Fashions Outlet of America, Inc., United States District Court Northern District of California, deposition testimony December 2009

Mark Scherer, Doug Paslay and Hazel Bailey, individually, and on behalf of all other similarly situated v. Duke Energy Fossil-Hydro California Inc., a Delaware Corporation, and Wood Group Power Operations, Inc. A Nevada Corporation and Does 1 to 50, in the Superior Court of the State of California, County of Los Angeles, deposition testimony December 2009

Michael K. McLennan, v. Applied Materials, Inc., United States District Court Western District of Texas Austin Division, deposition testimony December 2009

Wilfredo Cruz, Matthew Allbee, Guadalupe Varela, Raul Torres, and Ken Joseph, individually and on behalf of a class of similarly situation persons, v. Unilock Chicago, Inc., an Illinois Corporation, In the Circuit Court of the Sixteenth Judicial District Kane County, Illinois, deposition testimony December 2009

Daniel Friedenbach, Individually and on behalf of all survivors of the Estate of Lorie Frazier Friedenbach, v. Gary A. Croll, in the District Court of Dallas County, Texas, 14th Judicial District, deposition testimony November 2009

Fermin Cortez, et al., v. Nebraska Beef, Inc., and Nebraska Beef, LTD., David Chuol, et al., v. Nebraska Beef, LTD., The United States District Court For The District of Nebraska, deposition testimony November 2009

Jeff Gebenus and Wesley Chong, individuals, on behalf of themselves and others similarly situated v. Rite Aid Corporation, a Delaware corporation, and Thrifty Payless, Inc., a California Corporation, in the Superior Court Of Washington For King County, deposition testimony November 2009



Margaret A. Guerra v. San Antonio Water System; Pending in the 73rd Judicial District Court, Bexar County, Texas, deposition testimony September 2009

David and Esther Luna v. Lloyd Damon Weddington, M.D. and Diabetes Center of America, In The District Court Of Harris County, Texas, 234Th Judicial District, deposition testimony September 2009

Wilfredo Cruz, Matthew Albee, Guadalupe Varela And Raul Torres, Individually and on behalf of a class of similarly situated persons, v. Unilock Chicago, Inc., An Illinois Corporation, and Jonathon Harn, An Individual, In the Circuit Court Of Sixteenth Judicial District, Kane County, Illinois, deposition testimony September 2009

Kent Schmidt, v. KMS Retail-Ben White, LPKMS Retail Euless, LA, Kent Stainback, d/b/a The Stainback Organization, Pete Becerra, Jimmy Evans Company, Ltd., In The District Court, 345th Judicial District, Travis County, Texas, deposition testimony August 2009

Howard Hopkins et al, v. The First American Corporation And First American Real Estate Tax Service, In The United States District Court Of Texas, Fort Worth Division, deposition testimony July 2009

Westin Casuarina Las Vegas, Hotel, Casino & Spa v. The Coaching Center, LLC, Before The American Arbitration Association, Arbitration meeting June 2009

Billy Ray Tratree v. B.P. Pipelines, Inc., Kelley Gleason and Roy Bowden, in the United States District Court for the Southern District of Texas, deposition testimony June 2009

Kent Schmidt, v. KMS Retail-Ben White, LPKMS Retail Euless, LA, Kent Stainback, d/b/a The Stainback Organization, Pete Becerra, Jimmy Evans Company, Ltd., In The District Court, 345th Judicial District, Travis County, Texas, deposition testimony May 2009

Juan Manual Lopez-Verduzco, v. CTNA, et al Arizona Superior Court, County Of Maricopa, deposition testimony April 2009



James J. Byerlotzer v. Key Energy Services, Inc., In The District Court Of Harris County, Texas 55Th Judicial District, deposition testimony March 2009

David Liszt and Karen Liszt v. Richard B. Stovall, MD.; Luis Mignucci, MD., Individually and d/b/a Luis Mignucci, MD., P.A., and d/b/a NeuroSpine Surgical Consultants; and Medical Center of Plano; In the 219th District Court of Collin County, Texas, deposition testimony March 2009

Marie Popek, Individually and on Behalf of Those Similarly Situated, v. Allied Barton Security Services LLC, a Delaware Limited Liability Company; Allied Barton Security Services LP, a Delaware Limited Partnership; and Does 1 through 30, inclusive, Superior Court of the State of California for the County of San Francisco, CA., deposition testimony December 2008

Charles Heath Leiber v. IE Miller Service L.P., IE Miller-Fowler L.L.C., and Noah Charles Lawson, In the District Court 12th Judicial District of Grimes County, Texas, deposition testimony November 2008

Billy Ray Tratree v. B.P. Pipelines, Inc., Kelley Gleason and Roy Bowden, in the United States District Court for the Southern District of Texas, deposition testimony November 2008

Doris H. Gray, a married woman, v. Motorola, Inc., a Delaware Corporation, In the Superior Court in and for Maricopa County in the State of Arizona, deposition testimony November 2008

Fred Klecka v. Allstate Insurance Company and Kathleen Abed, In The District Court 37th Judicial District, Bexar County, Texas, trial testimony November 2008

Esteban Barron v. Larry Paul Hatter, Jr., And Estes Express Lines d/b/a Estes Express Lines, Inc., In The District Court, 146Th Judicial District, Bell County, Texas, deposition testimony October, 2008

UNIVAR USA, Inc., v. Stacey B. Blanton, In The District Court Harris County, Texas 61st Judicial District, deposition testimony August 2008



Pedro Gonzalez v. City Of San Antonio, Acting By And Through Its Agent, City Public Service Board d/b/a CPS Energy, In The District Court 225th Judicial District Bexar County, trial testimony, San Antonio, Texas August 2008

Charles Young v. Brand Scaffold Services, LLC, In the Eastern District Court for the Eastern District of Texas, Beaumont Division, deposition testimony June 2008.

Al Scott, Individually And As Administrator Of The Estate Of Dottie Scott, Deceased, And Susan Scott And Sherri Scott v. Sandip V.Mathur, M.D. and Abilene Regional Medical Center In The 42nd Judicial District Court of Taylor County Texas, deposition testimony April 2008

International Association Of Firefighters, LOCAL 629 AFL-CIO, et al v. City Of Monroe, in the United States District Court, Western District Of Louisiana, Monroe Division, deposition testimony March 2008

Jennifer Jarmon and, Cassius Jarmon, Individually and as Co-Administrators of the estate of Cassidy Jarmon, Deceased, and as Next Friends to Callie Jarmon, a minor child v. Delbert J. Davison, Old American County Mutual, Prine Towing and Recovery, Inc. COPART, Inc., and Daimler Chrysler Corporation, In the District Court, 412th Judicial District, Johnson County, Texas, deposition testimony February 2008

Veronica Ramirez Aguilar, Individually, as representative of the estate of Mario Islas Minero, and on behalf of all wrongful death beneficiaries v. Heart Employee Leasing, Inc. D/B/A and Heart HR, and S and D Plumbing- Taylor LLC, In the District Court of Travis County, Texas, 353rd Judicial District, deposition testimony January 2008

Rolando Garcia v. Design Werks, Inc., In the District Court of Travis County, 98th Judicial District, deposition testimony January 2008

Wilford Vogt, James P. Gauthier, and Humberto Reyna, Jr., for themselves and all others similarly-situated United States District Court, for the Northern District Of Texas Dallas, Dallas Division v. Texas Instruments Incorporated, deposition testimony November 2007



Randall Barnett, In The District Court, 353RD Judicial District v. City Of Austin, Powell Austin Properties, Ltd., Powell Holdings, Inc., Makota, Inc., and Alejandro Herrera, Travis County, Texas, deposition testimony November 2007

Cynthia S. Escamilla v. United Services Automobile Association, a Reciprocal, and Michael Barry, arbitration November 2007

Cynthia S. Escamilla v. United Services Automobile Association, a Reciprocal, and Michael Barry, deposition testimony October 2007

Jesus F. Diaz, Individually, as next friend of Marco A. Montoya and Racquel A. Diaz, minors and as dependent Co-Administrator of the Estate of Maria E. Diaz; James L. Caldwell, as dependent Co-Administrator of the Estate of Maria E. Diaz; Alejandro E. Diaz' and Isidora Gonzales v. General Motors Company, Autonation USA d/b/a Champion Chevrolet, H. E. Butt Grocery Company and Gilbert E. Delgado III in the Probate Court, Travis County Texas, deposition testimony August 2007

Angela Kay Warden, and husband, Brent Warden v. Wendell B. Ashby, MD, In The 108th District Court, Potter County, Texas, trial testimony May 2007

Angela Kay Warden, and husband, Brent Warden v. Wendell B. Ashby, MD, In The 108th District Court, Potter County, Texas, deposition testimony May 2007

William Montano and Doris Lucero v. Christmas By Krebs Corp., In The United States District Court For The District Of New Mexico, deposition testimony March 2007

Daniel J. Davis, III and Yvonne Davis v. Worthy Warnack, M.D., Britt T. Daniel, M.D. and Margaret Hollar, D.O.; In the District Court Dallas County, Texas 95th Judicial District, deposition testimony February 2007

Julian James, Individually, Daphne Bates Harrison, et al. v. Harris County Sheriff's Department, et al, In the United States Court for the Southern District of Texas, Houston Division, trial testimony January 2007

Sheila K. Robinson, Plaintiff, in the District Court of Brazos County, Texas v. Texas A&M University, Defendant in the 85th Judicial District, College Station, Texas, trial testimony January 2007

Viridiana Mata, Individually and Alejandro Rodriguez Individually, and all on Behalf of Genoveva Rodriguez, a Minor v. Mission Hospital and Heather A. Daley, M.D. 370th Judicial District in the District Court of Hidalgo County, Texas, deposition testimony December 2006

Billy Ray Tratree v. B.P. Pipelines, Inc.; In the United States District Court for the Southern District of Texas Houston Division, trial testimony October 2006

Julian James, Individually; Daphne Bates Harrison, Individually, et al. v. Harris County Sheriff's Department and William Wilkinson; In the United States District Court for the Southern District of Texas Houston Division, deposition October 2006

Texas Health and Human Services Commission, Medicaid and other Health and Human Services Fraud and Abuse Program Integrity - Legal Action Relating to Dr. Turner Lewis, M.D., administrative hearing September 2006

Billy Ray Tratree v. B.P. Pipelines, Inc.; In the United States District Court for the Southern District of Texas Houston Division, trial testimony August 2006

Julian James, Individually, Daphne Bates Harrison, et al., v. Harris County Sheriff's Department, et al, In the United States Court for the Southern District of Texas, Houston Division, testimony deposition March 2006

Michael Gibson v. Ondeo Nalco Energy Services, Inc. and Ondeo Nalco Company In the United States District Court for the Southern District of Texas, Houston Division, trial

testimony February 2006

Frederick L. Risker v. Mahnaz Naveed Shah, M.D., Kelsey –Seybold Medical Group, P.A., and Gramercy Surgery Center, Ltd. D/B/A Gramercy Outpatient Surgery Center, deposition testimony November 2005

Larry Butler and Cathy Butler, Individually and on Behalf of Brittany Butler, a minor, and Erin Ferguson v. Kyle Kennedy, Russell Kennedy, Randi K. Kennedy, and Dana Harris, deposition testimony September 2005

Cheryl Smith, Individually and as Guardian and Next Friend of Michelle Smith, an Incapacitated Person v. Reyna Jean Noble, Ross Road Boring, Co., and Bobby L. Lambright, and Mark Huber, Individually and on Behalf of Jessica Huber, A Minor v. Ross Road Boring, Co., and Bobby L. Lambright, deposition and trial testimony August 2005

Amy Adkins v. Futurion Associates, Inc., deposition testimony August 2005

Jennifer Passi, Individually and a/n/f of Gracelyn Ann and Grant Michael Passi, Minor Children and as Representative of the Estate of Michael Vincent Passi, deceased v. Dr. Emery W. Dilling and Dr. Staton L. Awtrey; In Travis County, Texas, deposition testimony August 2005

Tanya Valdez, as next friend of Alejandro Ruben Pando, a minor and Lelia Alvarez, Individually and as representative of the estate of Ruben Pando, Jr., deceased v. Brinker Texas, L.P. D/B/A On The Border Mexican Grill & Cantina, Brinker Chili's Texas, Inc. D/B/A On The Border Mexican Café, Brinker International, Inc, Chili's Beverage Company, Inc., and Marlene Muniz as independent administrative and personal representative of the estate of Felipe Ornelas, Jr., deposition testimony 2005

Vanessa Sinegaure, Individually and as a Representative of the Estate of Darnell Eugene Sineguare v. Bally Total Fitness Corporation, et al; In the 334th Judicial District Court, Harris County, Texas, deposition and trial testimony 2005

Jerry L. Bigelow, Individually and as Next Friend of B.B., J.N.B., J.T.B. and S.B., Minors v. Living Picture AG, Living Picture Ltd., Living Picture GmbH and New York Lighter Co., Inc.;



U.S. District Court, Western District of Texas, Austin Division, deposition testimony 2005

Suresh Dutta v. David Pistenmaa, In the United States District Court for the Northern District of Texas, Dallas Division, deposition and trial testimony 2005

Carrie Bennett, Individually as Representative of the Estate of Roy Edward Bennett, Deceased, and as Next Friend of Lane Edward Bennett, Cody Lee Bennett and April Anne Bennett v. Stephens Martin Paving, LP, Mobile Products, Inc. D/B/A Lay-Mor ; In the District Court, Taylor County, Texas, 42nd Judicial District, deposition testimony 2005

Robert Edwin Wills v. Sysco Food Services of Austin, L.P. and Rickey Charles Green In the 82nd Judicial District Court of Robertson County, Texas, deposition testimony 2005

Michael Gibson v. Ondeo Nalco Energy Services, Inc. and Ondeo Nalco Company; In the United States District Court for the Southern District of Texas, Houston Division, deposition testimony 2005

Regina Kelly, et al. v. John Paschall et al.; In the United States District Court for the Western District of Texas; Waco Division, deposition testimony 2004 and 2005

Charles White v. Technip USA Corporation and Technip, Inc.; In the 11th Judicial District Court of Harris County, Texas, deposition testimony 2005

Mike Arismendez and Elva Arismendez v. Covenant Health Systems d/b/a Covenant Medical Center; In the 237th District Court of Lubbock County, Texas, deposition testimony 2005

Linda Webb, Individually and on behalf of others similarly situated, v. Barnes Group Inc States District Court, Northern District of Texas, Dallas Division; Consolidated Case No. 3-02CV2716-Rm class certification 2004

Margia Blankenship, et al. v. Marathon Oil, In the District Court of Harris County 281st Judicial District, class certification 2004



Margia Blankenship, et al. v. Marathon Oil, In the District Court of Harris County 281st Judicial District, deposition testimony 2004

Janet Herdman, et al. v. El Paso Energy Corporation et al., In the District Court of Harris County, Texas 234 Judicial District, deposition testimony 2004

Sylvia Garcia and Rachel Garcia, Individually and on Behalf of the Estate of Richard Garcia, Deceased v. Ted L. Phipps, M.D. and The Lubbock Digestive Disease Associates, P.A. and Covenant Health Systems d/b/a Covenant Medical Center In The 237th District Court of Lubbock County, Texas, deposition testimony 2004

Benavides v. Cushman et al, In the District Court of Harris County, Texas; 280th Judicial District, trial testimony 2004

Jason Malone v. D.R. Horton – Emerald, Ltd.; In the 129th Judicial District Court of Harris County, Texas, deposition testimony 2003

Donald Castleberry and Mary Castleberry v. R. Douglas Mills, M.D., Nurse Jane Doe, St. David's Healthcare System, L.P. d/b/a North Austin Medical Center and Capital Emergency Associates; In The 353rd Judicial District Court of Travis County, Texas, deposition testimony 2003

Hammer Trucking, Inc. v. St. Paul Fire and Marine Insurance Company, et al.; In the 271st Judicial District Court of Wise County, Texas, deposition testimony 2003

Rodney Wayne Hurt, M.D. v. Southwest Lincoln Mercury, deposition testimony 2003

Juan T. Gonzales v. S & B Engineers and Contractors, Ltd.; In the District Court of Harris County, Texas; 280th Judicial District, deposition testimony 2003

John McKelvey and Lawanda McKelvey v. Arctic Pipe Inspection, Inc.; In the 333rd Judicial District Court, Harris County, Texas, deposition testimony 2003



Gwendolyn Mason v. American Electric Power/Central Power and Light Company, In the United States District Court, Western District, deposition testimony 2003

Linda Webb, Individually and on behalf of others similarly situated, v. Barnes Group Inc States District Court, Northern District of Texas, Dallas Division; Consolidated Case No. 3-02CV2716-R deposition testimony 2003

Clawson v. Michael Landess and Covert Ford; In the district court of Travis County, Texas, 345th judicial district, deposition testimony 2003

Juan T. Gonzales v. S & B Engineers and Contractors, Ltd.; In the District Court of Harris County, Texas; 280th Judicial District, trial testimony 2003

Benavides v. Cushman et al, In the District Court of Harris County, Texas; 280th Judicial District, trial testimony 2003

Gwendolyn Mason v. American Electric Power/Central Power and Light Company, In the United States District Court, Western District, trial testimony 2003

Mandy De Leon v. Ivan Melendez, M.D et al., In the District Court, Hidalgo County, Texas, 332nd Judicial District, deposition testimony 2002

Nicole Terry, et al. v. Qwest Communications, Inc., Santos Ruiz Castillo, and Hertz Equipment Rental, Inc.; In the 82nd District Court of Robertson County, Texas, deposition testimony 2002

Maria Hilda Rodriguez v. Emerson Electric Co et al., In the United States District Court for the Southern District of Texas, McAllen Division, deposition testimony 2002

In Re: Ambrocio Suarez, Jr., Deceased; In the Probate Court #2 of Harris County, Texas, deposition testimony 2002



Robert L. Hunt and Lisa S. Hunt v. Century 21 Ripley Realty, Robert H. Carroll and Sylvia K. Carroll; in the District Court Williamson County, Texas, 26th Judicial District, deposition testimony 2002

Marcelyn K. Boone, Individually, and on behalf of similarly situated persons, Plaintiff v. Union Carbide Corporation, Defendant; United States District Court, Southern District of Texas, Galveston Division, deposition testimony 2002

Thomas J. Galland v. David L. Winn; In the District Court of Williamson County, Texas, 368th Judicial District, deposition testimony 2002

Tranquilino C. Munoz v. Newtron, Inc. and John Grant, In the District Court, Jefferson County, Texas 60th Judicial District, deposition testimony 2002

Kirk Chi v. Dell Computer Corporation; In the United States District Court, Western District of Texas, deposition testimony 2002

Pablo Reyes v. Glesby Marks Corporation; Atlas Air Conditioning Company, L.P.; Comfort Systems U.S.A., Inc.; Atlas-Accurate Holdings, L.L.C. and John Bolan; In the District Court of Harris County, Texas, 189th Judicial District, deposition testimony 2002

Gwendolyn Mason v. American Electric Power/Central Power and Light Company; In the Southern District of Texas, Corpus Christi Division, deposition and trial testimony 2002

Dario Ibarra v. Pat Haas, d/b/a Patrick Haas Construction and Barton Creek Lakeside, LLC, in the 345th Judicial District Court of Travis County, Texas, Personal Injury, deposition testimony 2002

Benavides v. Cushman et al, In the District Court of Harris County, Texas; 280th Judicial District, deposition testimony 2002

Alcatel USA, Inc. v. Cisco Systems, Inc., In the United States District Court for the Eastern District of Texas, Sherman Division, deposition testimony 2002

employstats
ECONOMICS + STATISTICS

Thomas J. Galland v. David L. Winn; In the District Court of Williamson County, Texas, 368th Judicial District, trial testimony 2002

Mandy De Leon v. Ivan Melendez, M.D et al., In the District Court, Hidalgo County, Texas, 332nd Judicial District, trial testimony 2002

Juanita Fletcher v. City of Houston, In the 189th Judicial District Court, Harris County, Texas, trial testimony 2002

Keith Ferrell and Tracey Ware v Robert Robinson and the City of Houston, In the County Civil Court at Law Number One, Harris County, Texas, deposition testimony 2001

Barbara LaRoche v. Daughters of Charity Health Services of Austin, et al, In the 126th Judicial District Court of Travis County, Texas deposition testimony 2001

Brandenburg v. Georgetown Independent School District, United States District Court, Western District of Texas, trial testimony 2001

EEOC v. BP Amoco et al., In the United States District Court for the Southern District of Texas, Houston Division, deposition testimony 2000

Gomez v. United Parcel Service, United States District Court, Western District of Texas, deposition testimony 2000

Pineda v. The City of Houston, In the United States District Court for the Southern District of Texas, Houston Division, deposition testimony 2000

McDonald v. Dr. Sophia Burns, M.D., 268th District Court Fort Bend County, Texas, deposition testimony 2000

Michelle Toussaint v. Sonic Restaurant, In the 136th District Court of Jefferson County, Texas, deposition testimony 2000



Woolf v. Vincent, M.D., 9th District Court, Polk County Texas, deposition testimony 2000

Isaac Robinson as Next Friend of Chasity Amanda Robinson, Arizona Jackson and Earlean Murray, as Executive of the Estate of Ruby McDonald v. Dr. Sophia Burns, M.D. 268th District Court Fort Bend County, Texas, deposition testimony 2000

Olen Lovell III v. Texas Health Resources, Herman Methodist System, Arbitration Cause No. 1310010565, Dallas, Texas, arbitration 1999

Walker et al v. Facility Insurance Corporation, et al, In the District Court of Travis County, Texas 98th Judicial District, deposition testimony 1999

Milton Santiago v. American Airlines, Inc., In the 191st Judicial District Court, Dallas County, Texas, deposition testimony 1999

Brown v. Sysco, Inc., United States District Court, Western District of Texas, deposition testimony 1999

Walker et al v. Facility Insurance Corporation, et al, In the District Court of Travis County, Texas 98th Judicial District, Robinson/Daubert hearing testimony 1999

Mato v. Dr. Jack Baldauf, et.al, United States District Court, Western District of Texas, Austin, trial testimony 1999

Goode v. City of Austin and Fine Host Corp, United States District Court, Western District of Texas, deposition testimony 1998

Chambers v. Texas A&M et al., United States District Court, Western District of Texas, deposition testimony 1998

Chambers v. Texas A&M et al., United States District Court, Western District of Texas, trial testimony 1998

