UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANDERSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　Defendant. | Case No.  20-cv-01178-JD<br><br>**ORDER RE MOTION FOR FINAL SETTLEMENT APPROVAL AND ATTORNEYS' FEES, COSTS, AND GENERAL RELEASE PAYMENTS** |

　　　　　The Court granted preliminary approval of the parties' revised application.  Dkt. No. 140.  Final approval is granted.  This order is based on a draft lodged by the parties and modified pursuant to the Court's conclusions and practices.  The parties should read the entire Order for changes in Paragraph 4 and elsewhere.

　　　　　1.　　All defined terms contained herein shall have the same meanings as set forth in the Joint Stipulation of Class Action and PAGA Settlement and Release executed by the Settling Parties and filed with the Court (the "Stipulation").

　　　　　2.　　The Court finds that, for purposes of settlement, the proposed Class meets the requirements for certification under Rule 23 of the Federal Rules of Civil Procedure: (a) the Members of the proposed Class are ascertainable and so numerous that joinder of all members of the class is impracticable; (b) there are questions of law or fact common to the proposed Class, and there is a well-defined community of interest among Members of the proposed Class with respect to the subject matter of the Litigation; (c) the claims of the Class Representatives are typical of the claims of the members of the proposed Class; (d) the Class Representatives have fairly and adequately protected, and will fairly and adequately protect, the interests of the Members of the Class; (e) a class action is superior to other available methods for an efficient adjudication of this

1 controversy; and (f) Class Counsel are qualified to serve as counsel for the Class Representatives
2 in their own capacity as well as in their representative capacity for the Class.

3    3.   The Joint Stipulation of Class Action and PAGA Settlement and Release is
4 incorporated by reference and made a part of this order.  The settlement terms are within the range
5 of reasonableness in similar cases, and the payments to the Class Members are fair and reasonable
6 when balanced against the uncertain outcome of further litigation relating to liability and damages
7 issues.

8    4.   The Court approves the following payments from the Gross Settlement Amount: (a)
9 subject to a 25% holdback, attorneys' fees to Class Counsel in the amount of $718,750; (b)
10 litigation expenses to Class Counsel in the amount of $235,000; (c) payment to the Labor and
11 Workforce Development Agency for the Private Attorneys General Act (PAGA) claims in the
12 amount of $150,000; (d) General Release Payments of $2,000 each to Luke Adelman, Elizabeth
13 Anderson, Ellesse Anderson, Jeffrey Bellows, Katherine Butler, Cheynne Chitry, Christina
14 Denton, Jacqueline Foster, James Hancock, Donnie Hyso, Casey McKay, Hannah Rothschild,
15 Cassandra Sweeney, Michael White, Mihaly Harisis, Kirsten Hoelzel, Sherri Bradley, Amanda
16 Brekke, Omar Garland, Jordone Shane-Sanchez, and Kevin Steinbeck; and (e) settlement
17 administration costs of $199,000 to Simpluris, Inc.  The Court withholds 25% of the attorneys'
18 fees award pending further order after the filing of a post-distribution accounting pursuant to the
19 District's Procedural Guidance for Class Action Settlements.  No cy pres awards will be
20 authorized pending the final accounting.  The parties are advised that every effort must be made to
21 award settlement funds to class members.

22   5.   After the payments above are made from the Gross Settlement Amount, the
23 resulting Net Settlement Amount will be paid to Participating Class Members in proportion to the
24 number of Manager Workweeks worked by each Participating Class Member, as provided for in
25 Paragraph 34 of the Stipulation, as amended.

1      6.      As of the Effective Date, as defined in Paragraph 5 of the Stipulation, all
2 Settlement Class Members will be deemed to have forever released and discharged the Released
3 Claims.

**IT IS SO ORDERED.**

Dated:  September 30, 2024

_____
JAMES DONATO
United States District Judge